IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

**FILED**

July 15, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ TP _____

DEPUTY

**Case No.: 1:26-cv-00314-RP**

NUTRAMAX LABORATORIES, INC., Plaintiff,

v.

USA WORK SOLUTIONS LLC, and MUHAMMAD AWAIS HANIF, Individually, Defendants.

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES

Defendants USA Work Solutions LLC and Muhammad Awais Hanif, individually (collectively "Defendants"), proceeding pro se, hereby respond to Plaintiff Nutramax Laboratories, Inc.'s Complaint as follows:

## I. PRELIMINARY STATEMENT

Defendants are wrongly named in this action. USA Work Solutions LLC is a small third-party logistics (3PL) company providing strictly limited pack-and-ship services to e-commerce clients. At no time did Defendants sell, purchase, manufacture, distribute, advertise, market, or profit from any counterfeit or infringing products. Defendants had no knowledge that any products handled at their warehouse facility were counterfeit or infringing upon any party's trademarks. Defendants' sole function was receiving pre-packaged goods and forwarding those packages to common shipping carriers including USPS, UPS, and FedEx upon receipt of prepaid shipping labels provided exclusively by a third-party broker. Defendants are innocent conduits in this supply chain and bear no legal liability for the alleged infringing conduct of others.

## II. PRELIMINARY MATTERS

## A. Defendant Was Out of Country at Time of Service

Defendant Muhammad Awais Hanif, the sole owner and managing member of USA Work Solutions LLC, was outside the United States from April 27, 2026 through May 10, 2026, as evidenced by flight records attached hereto as **Exhibit A**. Defendant did not receive the Complaint or any prior communication regarding this matter — including no phone calls, letters, or notices — until returning to the United States on May 10, 2026. Defendants have diligently prepared this Answer upon learning of the lawsuit.

## B. Change of Warehouse Address

Defendants notify the Court and all parties that USA Work Solutions LLC's warehouse address has changed. The correct and current address is:

USA Work Solutions LLC 1411 Upland Dr. Houston, Texas 77043

The previously listed address of 1106 Wisterwood Dr., Unit G, Houston, Texas 77043 is no longer operative. All future correspondence and service should be directed to the current address listed above.

## III. RESPONSES TO ALLEGATIONS

1. Defendants lack sufficient knowledge or information to admit or deny the allegations regarding Plaintiff's business, ownership of trademarks, or the alleged conduct of third parties, and therefore deny the same.
2. Defendants deny that USA Work Solutions LLC sold, offered for sale, purchased, manufactured, distributed, advertised, marketed, or in any way participated in the sale or distribution of any counterfeit products bearing Plaintiff's trademarks or any other marks.
3. Defendants deny that Muhammad Awais Hanif personally authorized, directed, controlled, or participated in any sale, distribution, or other exploitation of counterfeit goods of any kind.
4. Defendants admit that USA Work Solutions LLC operates a warehouse facility providing third-party logistics and pack-and-ship services, strictly limited to receiving packages, affixing prepaid shipping labels, and forwarding packages to common carriers such as USPS, UPS, and FedEx.
5. Defendants specifically deny operating, managing, or having any involvement in any marketplace accounts including Amazon, eBay, Walmart, or any other e-commerce platform on behalf of any party named in this lawsuit or otherwise.
6. Defendants deny having any direct contractual relationship with the party who allegedly sold counterfeit products. Defendants' sole business relationship was with a third-party broker, Infinity Works Limited, who referred logistics business to Defendants. Defendants had no knowledge of, communication with, or visibility into the identity or business operations of the Broker's underlying customers.

7. Defendants deny having any knowledge of, or any reasonable ability to determine, whether any products received at their warehouse were counterfeit, trademark-infringing, or otherwise unlawful. Defendants' standard operating procedures are limited to ensuring packages do not contain prohibited items such as hazardous materials, chemicals, or weapons — consistent with the standard practices of common carriers such as UPS, USPS, and FedEx. Authenticating products for intellectual property compliance is beyond the scope, duty, and capability of a pack-and-ship logistics provider.

8. Defendants admit that upon becoming aware of the allegations in this matter, they immediately notified the Broker that they would no longer accept business associated with the alleged infringing party, demonstrating good faith and absence of any intent to facilitate infringing conduct.

9. Defendants deny all remaining allegations in the Complaint not specifically admitted herein.

## IV. BROKER RELATIONSHIP AND BUSINESS STRUCTURE

USA Work Solutions LLC maintains a logistics services agreement with a single broker, Infinity Works Limited (the "Broker"), which serves as Defendants' only direct client for pack-and-ship logistics services. The structure of this relationship is as follows:

- The Broker is solely responsible for providing USA Work Solutions LLC with prepaid shipping labels for all packages to be forwarded;
- The Broker is solely responsible for making monthly payments to USA Work Solutions LLC for logistics services rendered;
- USA Work Solutions LLC has no direct contact, communication, or contractual relationship with any of the Broker's underlying customers;
- USA Work Solutions LLC does not know the identity of the Broker's customers unless voluntarily disclosed by the Broker;
- USA Work Solutions LLC has no visibility into what products the Broker's customers are selling, on what platforms, to whom, or under what brand names;
- The total revenue received by USA Work Solutions LLC in connection with any packages associated with the alleged infringing party did not exceed $100.00 (one hundred dollars).

This structure is documented through written agreements, emails, and invoices between USA Work Solutions LLC and Infinity Works Limited, which are available for production upon request of the Court.

## V. AFFIRMATIVE DEFENSES

**First Affirmative Defense — No Knowledge / Innocent Infringer** Defendants had no actual or constructive knowledge that any goods handled through their logistics facility were counterfeit or

infringing upon Plaintiff's trademarks. Liability for trademark infringement and counterfeiting under the Lanham Act requires knowledge of the infringing nature of the goods. As a pack-and-ship logistics provider, Defendants had no reasonable means to inspect, authenticate, or evaluate products for intellectual property compliance.

**Second Affirmative Defense — No Participation in Infringing Conduct** Defendants did not sell, advertise, price, list, purchase, market, distribute, or profit from any allegedly counterfeit products. Defendants' sole function was receiving packages and forwarding them to common carriers upon receipt of prepaid shipping labels provided by the Broker. This conduct does not constitute "selling," "offering for sale," or "distributing" under the Lanham Act, 15 U.S.C. § 1114, or any other applicable federal statute.

**Third Affirmative Defense — Passive Conduit / Mere Instrumentality** Defendants functioned solely as a passive logistics intermediary in this supply chain. Entities that function as mere conduits in a distribution chain, without knowledge of or control over infringing goods, cannot be held liable for trademark infringement or counterfeiting. Defendants had no control over what products the Broker's customers chose to ship, sell, or distribute.

**Fourth Affirmative Defense — No Personal Liability / Corporate Shield** Plaintiff's claims against Muhammad Awais Hanif individually are without merit and must be dismissed. Muhammad Awais Hanif acted solely in his capacity as owner and managing member of USA Work Solutions LLC. Plaintiff has not alleged, and cannot prove, facts sufficient to pierce the corporate veil of the LLC. Personal liability for trademark infringement requires proof that the individual directly, knowingly, and personally participated in the infringing conduct. No such conduct occurred.

**Fifth Affirmative Defense — Intervening and Superseding Cause** The alleged harm to Plaintiff, if any, was caused solely by the actions of the third-party seller and/or the Broker, Infinity Works Limited, over whom Defendants had no control, knowledge, or authority. These third parties are the proximate and direct cause of any alleged infringement and are the proper parties to this action.

**Sixth Affirmative Defense — Failure to State a Claim** Plaintiff's Complaint fails to state a claim against Defendants upon which relief can be granted. Defendants did not engage in any conduct constituting trademark infringement, counterfeiting, contributory infringement, or unfair competition under the Lanham Act or any applicable federal or state law.

**Seventh Affirmative Defense — Good Faith and Lack of Intent** Defendants acted in good faith at all times. Upon learning of the allegations in this matter, Defendants immediately ceased all business relations with the Broker related to the alleged infringing party. This prompt remedial action demonstrates a complete absence of fraudulent intent, bad faith, or willfulness.

**Eighth Affirmative Defense — De Minimis Involvement** Defendants' involvement in the logistics chain related to the alleged infringing products was minimal. The total revenue received by Defendants in connection with packages associated with the alleged infringing party did not

exceed $100.00. Any damages attributable to Defendants, if any liability were found, would be de minimis and disproportionate to the relief sought by Plaintiff.

## VI. RESERVATION OF RIGHTS — THIRD PARTY COMPLAINT

Defendants reserve the right to file a Third-Party Complaint against Infinity Works Limited (the Broker) and/or the actual seller of the allegedly counterfeit goods, who are the true and responsible parties for any harm alleged by Plaintiff in this action. Defendants were innocent intermediaries and any liability, if found, properly rests with those parties.

## VII. PRAYER FOR RELIEF

WHEREFORE, Defendants USA Work Solutions LLC and Muhammad Awais Hanif respectfully request that this Court:

1. Dismiss all claims against USA Work Solutions LLC and Muhammad Awais Hanif with prejudice;
2. Enter judgment in favor of Defendants on all counts;
3. Find that Defendants are innocent conduits with no liability for the alleged infringing conduct;
4. Award Defendants their reasonable costs of suit; and
5. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

**Muhammad Awais Hanif** Pro Se Defendant, Individually and as Managing Member of USA Work Solutions LLC 1411 Upland Dr. Houston, Texas 77043 awaisusa87@gmail.com 832-603-2224 Date: May 18, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, a true and correct copy of the foregoing Answer was filed with the Clerk of the United States District Court for the Western District of Texas, Austin Division, and served upon Plaintiff's counsel via [email/ certified mail] at the following address:

Jason D. Rosenberg

Alson & Bird LLP

1201 West Peachtree Street

Atlanta, GA 30309

_____ Muhammad Awais Hanif Pro Se Defendant

To,

District Court of Texas

Austin Division

501 W. 5th Street

Ste 1100

Austin Texas 78701

208573815



# FedEx

**Reusable Envelope**

**Recycle me.**

TO REUSE: Mark through all previous shipping labels and barcodes



PRIORITY OVERNIGHT
**139-2596**
ETP 1    SP-PD-100-Y

4739 WED 07/15 07:01
501 W 5TH ST
78701-3812-75
AUSTIN,TX

ORIGIN ID:NQIA  (832) 603-2224
MUHAMMAD HANIF
SHIPMOX
94 LEGEND LN

HOUSTON, TX 77024
UNITED STATES US

SHIP DATE: 14JUL26
ACTWGT: 0.40 LB
CAD: 6571128/ROSA2710

BILL THIRD PARTY

TO  **DISTRICT COURT OF TEXAS**
**AUSTIN DIVISION**
**501 WEST 5TH STREET**
**STE 1100**
**AUSTIN TX 78701**
(000) 000-0000          REF:
PO:                          DEPT:
INV:



**FedEx**
Express

**E**

TRK# 8743 7599 6240
0201

WED – 15 JUL 10:30A
PRIORITY OVERNIGHT

**A8 EFDA**

**78701**
TX-US  **AUS**

Align bottom of peel-and-stick airbill or pouch here.