IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF

TEXAS AUSTIN DIVISION

RECEIVED

Case No.: 1:26-cv-00314-RP

JUL 15 2026

NUTRAMAX LABORATORIES, INC., Plaintiff,

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

v.

DEPUTY CLERK

USA WORK SOLUTIONS LLC, and MUHAMMAD AWAIS HANIF, Individually,

Defendants.

## REQUEST TO DISMISS AND REMOVE MUHAMMAD AWAIS HANIF AND USA WORK SOLUTIONS LLC FROM THE LAWSUIT

To the Honorable Judge of the Court:

I, **Muhammad Awais Hanif**, respectfully submit this request on behalf of myself and **USA Work Solutions LLC**.

My personal name and the name of USA Work Solutions LLC were wrongfully included in this lawsuit. Neither I nor USA Work Solutions LLC participated in the purchase, sale, manufacture, distribution, marketing, or advertising of the allegedly counterfeit product identified in the Plaintiff's claims.

USA Work Solutions LLC provided limited third-party logistics services to an indirect client introduced through a broker. We did not own the products, purchase the products, sell the products, advertise the products, or represent that the products were genuine. We were not informed before receiving this lawsuit that the products were allegedly counterfeit or that the Plaintiff claimed any rights in the products.

Had the Plaintiff or any other concerned party contacted us before filing the lawsuit and informed us of the alleged counterfeit activity, we would have immediately stopped providing services relating to the products and the indirect client.

As soon as we received notice of this lawsuit, USA Work Solutions LLC immediately stopped providing services to the indirect client. We also cooperated with the Plaintiff and provided the information and records available to us, including information received from the broker and communications with the parties involved.

Copies of the relevant communications and supporting documents are attached to this request.

1

Neither Muhammad Awais Hanif nor USA Work Solutions LLC knowingly participated in, authorized, encouraged, or benefited from the alleged sale or marketing of counterfeit products. We acted promptly and in good faith after learning of the allegations.

For these reasons, we respectfully request that:

1. Muhammad Awais Hanif be dismissed and removed as a defendant from this lawsuit;
2. USA Work Solutions LLC be dismissed and removed as a defendant from this lawsuit;
3. The Plaintiff voluntarily agree to dismiss all claims against Muhammad Awais Hanif and USA Work Solutions LLC; and
4. The Court grant any other relief it considers fair and appropriate.

Respectfully submitted,

_____

**Muhammad Awais Hanif ,**
Individually and on behalf of
**USA Work Solutions LLC**

Business Address: **1411 Upland Dr Houston Texas 77043**

Residential Address: **94 Legend Houston Texas 77024**

Telephone: 832-603-2224
Email: ** awaisusa87\@gmail.com**

Date: **07/14/2026**

## CERTIFICATE OF SERVICE

I certify that on  **05/18/2026** , a true and correct copy of this request and its attachments was provided to the Plaintiff or the Plaintiff's attorney by **certified mail  at the following address:**

PLAINTIFF'S ATTORNEY NAME : **Jason D. Rosenberg**
LAW FIRM:  **Alston & Bird LLP**
**1201 West Peachtree Street**
**Atlanta,GA 30309**

_____

**Muhammad Awais Hanif** _____

To,

District Court of Texas

Austin Division

501 W. 5th Street

Ste 1100

Austin Texas 78701

208573815

**FedEx**

Reusable Envelope
**Recycle me.**

TO REUSE: Mark through all previous shipping labels and barcodes

PRIORITY OVERNIGHT
**139-2596**
ETP 1           SP PD-100 Y

4739 WED 07/15 07:01
501 W 5TH ST

78701-3812-75
AUSTIN,TX

ORIGIN ID:NQIA   (832) 603-2224
MUHAMMAD HANIF
SHIPMOX
94 LEGEND LN

HOUSTON, TX 77024
UNITED STATES US

SHIP DATE: 14JUL26
ACTWGT: 0.40 LB
CAD: 6571128/ROSA2710

BILL THIRD PARTY

TO  DISTRICT COURT OF TEXAS
AUSTIN DIVISION
501 WEST 5TH STREET
STE 1100
AUSTIN TX 78701
(000) 000-0000          REF:
INV:
PO:                              DEPT:

**FedEx**
Express

**E**

TRK#  8743 7599 6240
0201

WED - 15 JUL 10:30A
PRIORITY OVERNIGHT

**A8 EFDA**

78701
TX-US  **AUS**

Align bottom of peel-and-stick airbill or pouch here.