# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC., NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., and NUTRAMAX LABORATORIES CONSUMER CARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ECO KOMMERCE LLC; SAMRA REHMAN; AMAN; RASHEED HASSAM; BEAMER LLC; BELAL SHWEL; MUHAMMAD AWAIS HANIF; USA WORK SOLUTIONS LLC; the Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Accounts "DealsHTX," "luxemerchandise," "apex-gobal-store," "aayash," "SUPER DEALS 804," "brixomart," "primeusawarehouse," "ameristockstore," "vital_edge," "mwaqase-22"; and JOHN DOES 1 THROUGH 10, each of which is an Individual, Partnership, Business Entity, or Unincorporated Association, <br><br> Defendants. | Civil Action No. 1:26-cv-00314-RP <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Justin Constant of Blue Peak Law Group LLP, who is admitted to practice before this Court, hereby enters his appearance as counsel of record for Plaintiffs Nutramax Laboratories, Inc., Nutramax Laboratories Veterinary Sciences, Inc., and Nutramax Laboratories Consumer Care, Inc. (collectively, "Nutramax") in the above-captioned action. Nutramax continues to be represented by its counsel of record at Alston & Bird LLP.

The undersigned respectfully requests that copies of all pleadings, motions, notices, orders, correspondence, and other papers in this action also be served upon the undersigned at the address, email address, and telephone number below.

Dated: July 28, 2026

Respectfully submitted,

/s/ Justin Constant
Justin Constant
Texas Bar No. 24067551
BLUE PEAK LAW GROUP LLP
3139 West Holcombe Blvd., PMB 8160
Houston, TX 77025
Telephone: (832) 331-3717
justin@bluepeak.law

Attorney for Plaintiffs Nutramax Laboratories, Inc., Nutramax Laboratories Veterinary Sciences, Inc., and Nutramax Laboratories Consumer Care, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2026, the foregoing document was electronically filed with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to all

counsel of record, and that a true and correct copy was served by U.S. mail, postage prepaid, upon

the following parties:

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations
operating the eBay Seller Account dealshtx"
14041 Chrisman Rd., Ste. 2B
Houston, TX 77039-1927

Eco Kommerce LLC
5900 Balcones Dr. 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations
operating the eBay Seller Account luxemerchandise"
5900 Balcones Drive 20204
Austin, TX 78731

Samra Rehman
5900 Balcones Drive 20204
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations
operating the eBay Seller Account aayash"
5900 Balcones Drive 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations
operating the eBay Seller Account SUPER DEALS 804"
5900 Balcones Drive 5695
Austin, TX 78731

Aman
5900 Balcones Drive 5695
Austin, TX 78731

Rasheed Hassam
5900 Balcones Drive 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations
operating the eBay Seller Account apex-gobal-store"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account brixomart"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account primeusawarehouse"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account ameristockstore"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account vital_edge"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account mwaqase-22"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

Beamer LLC
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

USA Work Solutions LLC
1411 Upland Drive
Houston, TX 77043

Muhammad Awais Hanif
1411 Upland Drive
Houston, TX 77043

Belal Shwel
14041 Chrisman Rd., Ste. 2B
Houston, TX 77039-1927

/s/ Justin Constant
Justin Constant