## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC., NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., and NUTRAMAX LABORATORIES CONSUMER CARE, INC., | Civil Action No. 1:26-cv-00314-RP **JURY TRIAL DEMANDED** |
| Plaintiffs, | |
| v. | |
| ECO KOMMERCE LLC; SAMRA REHMAN; AMAN; RASHEED HASSAM; BEAMER LLC; BELAL SHWEL; MUHAMMAD AWAIS HANIF; USA WORK SOLUTIONS LLC; the Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Accounts "DealsHTX," "luxemerchandise," "apex-gobal-store," "aayash," "SUPER DEALS 804," "brixomart," "primeusawarehouse," "ameristockstore," "vital_edge," "mwaqase-22"; and JOHN DOES 1 THROUGH 10, each of which is an Individual, Partnership, Business Entity, or Unincorporated Association, | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF SUBPOENA TO NON-PARTY WHATSAPP LLC

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4) and the Court's Order Granting Plaintiffs' Motion for Expedited Discovery (Dkt. 29), Plaintiffs Nutramax Laboratories, Inc., Nutramax Laboratories Veterinary Sciences, Inc., and Nutramax Laboratories Consumer Care, Inc. (collectively, "Nutramax") will serve the subpoena attached hereto as Exhibit 1 upon non-party WhatsApp LLC, through its registered agent for service of process, Corporation Service Company d/b/a CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

The subpoena commands the production of the documents identified in Exhibit A to the subpoena, including Attachment 1 thereto, at the time and place stated in the subpoena. A copy of the Court's Expedited Discovery Order (Dkt. 29) accompanies the subpoena as required by that Order. The subpoena will be served after service of this Notice upon the parties.

Dated: July 28, 2026                    Respectfully submitted,

                                        /s/ Justin Constant
                                        Justin Constant
                                        Texas Bar No. 24067551
                                        BLUE PEAK LAW GROUP LLP
                                        3139 West Holcombe Blvd., PMB 8160
                                        Houston, TX 77025
                                        Telephone: (832) 331-3717
                                        justin@bluepeak.law

                                        Attorney for Plaintiffs Nutramax
                                        Laboratories, Inc., Nutramax Laboratories
                                        Veterinary Sciences, Inc., and Nutramax
                                        Laboratories Consumer Care, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, a true and correct copy of the foregoing Notice, together with a copy of the attached subpoena (including Exhibit A and Attachment 1) and the Court's Expedited Discovery Order (Dkt. 29), was served by U.S. mail, postage prepaid, upon the following:

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account dealshtx"
14041 Chrisman Rd., Ste. 2B
Houston, TX 77039-1927

Eco Kommerce LLC
5900 Balcones Dr. 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account luxemerchandise"
5900 Balcones Drive 20204
Austin, TX 78731

Samra Rehman
5900 Balcones Drive 20204
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account aayash"
5900 Balcones Drive 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account SUPER DEALS 804"
5900 Balcones Drive 5695
Austin, TX 78731

Aman
5900 Balcones Drive 5695
Austin, TX 78731

Rasheed Hassam
5900 Balcones Drive 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account apex-gobal-store"

1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account brixomart"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account primeusawarehouse"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account ameristockstore"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account vital_edge"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account mwaqase-22"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

Beamer LLC
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

USA Work Solutions LLC
1411 Upland Drive
Houston, TX 77043

Muhammad Awais Hanif
1411 Upland Drive
Houston, TX 77043

Belal Shwel
14041 Chrisman Rd., Ste. 2B
Houston, TX 77039-1927

/s/ Justin Constant
Justin Constant