**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC., NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., and NUTRAMAX LABORATORIES CONSUMER CARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ECO KOMMERCE LLC; SAMRA REHMAN; AMAN; RASHEED HASSAM; BEAMER LLC; BELAL SHWEL; MUHAMMAD AWAIS HANIF; USA WORK SOLUTIONS LLC; the Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Accounts "DealsHTX," "luxemerchandise," "apex-gobal-store," "aayash," "SUPER DEALS 804," "brixomart," "primeusawarehouse," "ameristockstore," "vital_edge," "mwaqase-22"; and JOHN DOES 1 THROUGH 10, each of which is an Individual, Partnership, Business Entity, or Unincorporated Association, <br><br> Defendants. | Civil Action No. 1:26-cv-00314-RP <br><br> **JURY TRIAL DEMANDED** |

**NUTRAMAX'S OPPOSED MOTION TO STRIKE
<u>DEFENDANT USA WORK SOLUTIONS LLC'S ANSWER</u>**

Pursuant to Federal Rule of Civil Procedure 12(f), Plaintiffs Nutramax Laboratories, Inc.,

Nutramax Laboratories Veterinary Sciences, Inc., and Nutramax Laboratories Consumer Care, Inc.

(collectively, "Nutramax") move to strike the answer (Dkt. 30; the "Answer") filed by Defendants

1

USA Work Solutions LLC ("USA Work Solutions") and Muhammad Awais Hanif ("Hanif") as to USA Work Solutions because it is a limited liability company appearing without licensed counsel.

## I.    BACKGROUND

On March 3, 2026, Nutramax filed the First Amended Complaint, asserting claims against (among other Defendants) USA Work Solutions for counterfeiting, false designations of origin, copyright infringement, and unfair competition. (*See* Dkt. 16, ¶¶ 2, 20.) Nutramax served USA Work Solutions with the First Amended Complaint on May 5, 2026. (Dkt. 24.) USA Work Solutions and Hanif served Nutramax with the Answer by mail on May 18, 2026 (Dkt. 27, Ex. A) and subsequently filed the Answer with the Court on July 15, 2026 (Dkt. 30). In the Answer, USA Work Solutions stated that it is "proceeding pro se" and offered no indication that it has retained or intends to retain counsel in this matter. (*Id.* p. 1.)

Counsel for Nutramax discussed its intention to file this motion with Hanif by telephone on August 5, 2026. Hanif stated that USA Work Solutions would oppose the motion.

## II.    ARGUMENT

The Answer should be stricken with respect to USA Work Solutions because, as a limited liability company, USA Work Solutions is not permitted to appear *pro se* in federal court. The Fifth Circuit has endorsed "the well-settled rule of law that a corporation cannot appear in federal court unless represented by a licensed attorney." *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004). Indeed, the statute authorizing individuals to appear in federal court *pro se* is silent as to corporations' ability to do so, which courts have "interpreted as barring corporations from appearing in federal court without an attorney." *Id.* (citing *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993)). The same is true for limited liability companies. *See, e.g.*, *Gonzalez v. Lone Star Wirelines Servs., LLC*, No. SA-15-CA-00882-DAE,

2016 WL 11586102, at *2 (W.D. Tex. Jul. 15, 2016) (striking answer of unrepresented limited liability company filed by its president); *S.E.C. v. Thomas*, No. 3:13-CV-739-L, 2015 WL 568983, at *2 (N.D. Tex. Feb. 11, 2015) ("Although an individual has the right to proceed *pro se*, business entities such as limited liability companies—as fictional legal persons—have no such right, and must be represented by licensed counsel." (citing *Sw. Express Co. v. Interstate Com. Comm'n*, 670 F.2d 53, 54–56 (5th Cir. 1982))); *Galan v. OCGV, LLC*, 5:24-cv-00427-XR, ECF No. 23, at *5 (W.D. Tex. Jan 15, 2025) (holding that a limited liability company cannot proceed *pro se* in federal court and entering default judgment); *Chaves v. Cogent Med. Lab'y, LLC*, No. 5:19-cv-00861-ESC, 2020 WL 5096946, at *2 (W.D. Tex. Aug. 28, 2020) ("[A]n LLC cannot represent itself *pro se* in this action.").

Here, Hanif, who is not a licensed attorney, has submitted the Motion on behalf of himself and in his capacity as managing member of USA Work Solutions LLC. (Answer at 5.) Hanif's purported representation of USA Work Solutions is improper. *See J & J Sports Prods., Inc. v. Moso Ventures, Inc.*, No. 3:11-cv-1767-N(BF), 2012 WL 3846536, at *1 (N.D. Tex. Aug. 10, 2012) (explaining that an officer may not represent a corporate defendant *pro se*), *R. & R. adopted*, No. 3:11-cv-01767-N, 2012 WL 3846514 (N.D. Tex. Sept. 5, 2012). The Court should therefore strike the Answer as to USA Work Solutions.

## III.    CONCLUSION

As long as USA Work Solutions remains an unrepresented limited liability company, the Court should strike, or at least disregard, any pleading it purports to file in this case, including the Answer. Nutramax therefore respectfully requests that the Court strike the Answer with respect to USA Work Solutions.

Respectfully submitted, this 5th day of July, 2026.


By:       */s/ Uly S. Gunn*
Brady Cox
brady.cox@alston.com
Texas Bar No. 24074084
**ALSTON & BIRD LLP**
2200 Ross Avenue
Suite 2300
Dallas, Texas 75201
Tel: (214) 922-3400
Fax: (214) 922-3899

Jason D. Rosenberg (admitted PHV)
*jason.rosenberg@alston.com*
Georgia Bar No. 510855
Mary Grace Gallagher (admitted PHV)
*marygrace.gallagher@alston.com*
Georgia Bar No. 121954
Uly S. Gunn (admitted PHV)
*sam.gunn@alston.com*
Georgia Bar No. 261871
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000

*Attorneys for Plaintiffs Nutramax
Laboratories, Inc., Nutramax
Laboratories Veterinary Sciences, Inc.,
and Nutramax Laboratories Consumer
Care, Inc.*

4

5

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(g), Nutramax hereby certifies that it contacted Hanif and USA

Work Solutions via telephone on August 5, 2026 to meet and confer regarding this motion. Hanif

stated that USA Work Solutions would oppose the motion.

This 5th day of July, 2026.

*s/ Uly S. Gunn*
Uly S. Gunn

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2026, the foregoing was filed with the Court's CM/ECF system, which will automatically give notice to all counsel of record.

I hereby further certify that, on July 5, 2026, I will serve the foregoing on the following via First Class Mail:

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account dealshtx"
14041 Chrisman Rd., Ste. 2B
Houston, TX 77039-1927

Eco Kommerce LLC
5900 Balcones Dr. 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account luxemerchandise"
5900 Balcones Drive 20204
Austin, TX 78731

Samra Rehman
5900 Balcones Drive 20204
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account aayash"
5900 Balcones Drive 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account SUPER DEALS 804"
5900 Balcones Drive 5695
Austin, TX 78731

Aman
5900 Balcones Drive 5695
Austin, TX 78731

Rasheed Hassam
5900 Balcones Drive 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account apex-gobal-store"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account brixomart"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account primeusawarehouse"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account ameristockstore"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account vital_edge"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account mwaqase-22"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

Beamer LLC
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

USA Work Solutions LLC
1411 Upland Drive
Houston, TX 77043

Muhammad Awais Hanif
1411 Upland Drive
Houston, TX 77043

Belal Shwel
14041 Chrisman Rd., Ste. 2B
Houston, TX 77039-1927

This 5th day of July, 2026.

*s/ Uly S. Gunn*
Uly S. Gunn
