**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

NUTRAMAX LABORATORIES, INC., NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., and NUTRAMAX LABORATORIES CONSUMER CARE, INC.,

Plaintiffs,

v.

ECO KOMMERCE LLC; SAMRA REHMAN; AMAN; RASHEED HASSAM; BEAMER LLC; BELAL SHWEL; MUHAMMAD AWAIS HANIF; USA WORK SOLUTIONS LLC; the Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Accounts "DealsHTX," "luxemerchandise," "apex-gobal-store," "aayash," "SUPER DEALS 804," "brixomart," "primeusawarehouse," "ameristockstore," "vital_edge," "mwaqase-22"; and JOHN DOES 1 THROUGH 10, each of which is an Individual, Partnership, Business Entity, or Unincorporated Association,

Defendants.

Civil Action No. 1:26-cv-00314-RP

**JURY TRIAL DEMANDED**

**PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 26 REPORT**

Plaintiffs Nutramax Laboratories, Inc., Nutramax Laboratories Veterinary Sciences, Inc., and Nutramax Laboratories Consumer Care, Inc. (collectively, "Plaintiffs") hereby submit this report pursuant to Federal Rule of Civil Procedure 26(f).

Plaintiffs held a Rule 26(f) conference with Defendants Muhammad Awais Hanif and USA Work Solutions LLC (collectively, "Defendants")—the only Defendants who have answered or otherwise appeared in this case—on August 25, 2026. The parties have exchanged drafts of a joint

report, but Plaintiffs have not yet received final approval from Defendants on the current draft of that report or permission from Defendants to insert a signature into the report for electronic filing.

Plaintiffs therefore submit the report below on their own behalf, and the responses are solely those of the Plaintiffs. If and when Plaintiffs receive final approval from Defendants on the joint report the parties have exchanged and permission to insert a signature on behalf of Defendants, Plaintiffs will file an update jointly filed version of this report.

Plaintiffs have discussed with Defendants a plan to file a joint proposed scheduling order by September 14, 2026 (the deadline for such a filing under Local Rule CV-16(c) based on Defendants' answer date of July 15, 2026).

1. **What are the causes of action, defenses, and counterclaims in this case? What are the elements of the cause(s) of action, defenses, and counterclaims pled?**

   a. **Causes of action**

Plaintiffs assert causes of action for federal trademark infringement and counterfeiting pursuant to 15 U.S.C. § 1114, Section 32 of the Lanham Act; false designations of origin and false descriptions under 15 U.S.C. § 1125, Section 43 of the Lanham Act; Texas common law trademark infringement; Texas common law unfair competition; and copyright infringement pursuant to 17 U.S.C. § 501.

To establish trademark infringement under Section 32 of the Lanham Act, Plaintiffs must establish that (i) they own and have valid rights in certain trademarks, and (ii) Defendants have used the same or similar trademarks in a manner that is likely to cause consumer confusion as to the source of those products. To establish that Defendants' infringement also constitutes counterfeiting, Plaintiffs must show that Defendants have used a "spurious mark which is identical with, or substantially indistinguishable from," Plaintiffs' registered marks. 15 U.S.C. § 1127. The elements of Plaintiffs' claims for false designations of origin and false descriptions under Section

43 of the Lanham Act and Texas common law trademark infringement and unfair competition are effectively the same as those required for Plaintiffs' federal trademark infringement claim.

To establish copyright infringement, Plaintiffs must show that they own valid copyrights in their product labels and that Defendants have copied protectable expressions from those works or otherwise violated one of the Plaintiffs' exclusive rights under their copyrights.

**b. Defenses and counterclaims**

Defendants have not asserted any counterclaims.

Defendants have asserted the following affirmative defenses in their answer: (1) No Knowledge / Innocent Infringer; (2) No Participation in Infringing Conduct; (3) Passive Conduit / Mere Instrumentality; (4) No Personal Liability / Corporate Shield; (5) Intervening and Superseding Cause; (6) Failure to State a Claim; (7) Good Faith and Lack of Intent; (8) De Minimis Involvement.

**2. Are there any outstanding jurisdictional issues?**

There are no outstanding jurisdictional issues.

**3. Are there any unserved parties? If more than 90 days have passed since the filing of the Complaint or petition, should these unserved parties be dismissed?**

To date, Plaintiffs have not been able to serve, despite attempts, defendants Samra Rehman, Aman, Rasheed Hassam, Beamer LLC, or the individuals, partnerships, business entities, or unincorporated associations doing business as "luxemerchandise," "apex-gobal-store," "aayash," "SUPER DEALS 804," "brixomart," "primeusawarehouse," "ameristockstore," "vital_edge," and "mwaqase-22." Plaintiffs plan to dismiss the unserved defendants without prejudice.

4. **Are there any agreements or stipulations that can be made about any facts in this case or any element in the cause(s) of action?**

Not at this time.

5. **Are there any legal issues in this case that can be narrowed by agreement or by motion?**

There are presently no legal issues in this case that can be narrowed by agreement or by motion.

6. **Are there any issues about preservation of discoverable information?**

There are no issues concerning the preservation of discoverable information.

7. **Are there any issues about disclosure or discovery of electronically stored information? In what forms should electronically-stored information be produced and will production include metadata?**

Plaintiffs expect that the parties will jointly draft and submit for the Court's review a proposed order on the production of electronically stored information.

8. **What are the subjects on which discovery may be needed?**

Plaintiffs believe discovery will be needed on Defendants' business activities, particularly insofar as they involve the counterfeit Nutramax products at the center of this case. Discovery will also be needed regarding the Defendants' business relationship with Investack LLC (or Investack Logistics LLC), with whom Defendants worked to distribute and fulfill orders for the counterfeit Nutramax products at issue. Finally, discovery will be needed into Defendants' revenues and profits during the time period relevant to Plaintiffs' First Amended Complaint (Dkt. 16). Plaintiffs also intend to seek discovery on these and similar topics from any later-served defendants.

**9. Have initial disclosures been made? If not, should any changes be made in the timing, form, or requirement for initial disclosures?**

The parties discussed exchanging initial disclosures on September 8, 2026. This is 14 days after the parties' 26(f) conference, which is the deadline for such disclosures under the Federal Rules.

**10. What, if any, discovery has been completed? What discovery remains to be done and when should it be completed? Have the parties considered conducting discovery in phases or agreeing to limit discovery?**

Pursuant to the Court's Order granting Plaintiffs' Motion for Expedited Discovery (Dkt. 29), Plaintiffs have served several nonparties with subpoenas seeking the production of documents. Specifically, Plaintiffs have served subpoenas on Auctane, Inc. d/b/a Stamps.com; eBay Inc.; Federal Express Corporation; Payoneer Inc.; Popout, Inc. d/b/a Shippo, and Investack LLC/Investack Logistics LLC. Plaintiffs also attempted to serve a subpoena on Xchange Logistics Corporation but have been unable to locate a current address.

Plaintiffs will need to obtain, at least, additional discovery from Defendants related to Plaintiffs' claims in this case and related to Defendants' relationship with Investack LLC/Investack Logistics LLC.

Plaintiffs do not at this time believe it will be necessary to conduct discovery in phases or agree to any limits on discovery beyond those contained in the Federal Rules and this Court's Local Rules.

**11. What, if any, discovery disputes exist?**

To date, there are no discovery disputes.

**12. Have the parties discussed the desirability of filing a proposed order pursuant to Federal Rule of Evidence 502?**

Plaintiffs expect that the parties will file a proposed order pursuant to Federal Rule of Evidence 502 for the Court's review.

**13. Have the parties discussed early mediation?**

Plaintiffs believe that mediation would be premature at this time.

**14. Have the parties considered seeking entry of a confidentiality and protective order and are there any other scheduling or discovery items requiring the Court's attention?**

Plaintiffs expect that the parties will draft and submit a proposed order for the Court's review.

Respectfully submitted, this 8th day of September, 2026.

*/s/ Uly S. Gunn*
Brady Cox
brady.cox@alston.com
Texas Bar No. 24074084
**ALSTON & BIRD LLP**
2200 Ross Avenue
Suite 2300
Dallas, Texas 75201
Tel: (214) 922-3400
Fax: (214) 922-3899

Jason D. Rosenberg (admitted PHV)
*jason.rosenberg@alston.com*
Georgia Bar No. 510855
Mary Grace Gallagher (admitted PHV)
*marygrace.gallagher@alston.com*
Georgia Bar No. 121954
Uly S. Gunn (admitted PHV)
*sam.gunn@alston.com*
Georgia Bar No. 261871
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000

*Attorneys for Plaintiffs Nutramax Laboratories, Inc., Nutramax Laboratories Veterinary Sciences, Inc., and Nutramax Laboratories Consumer Care, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed the foregoing PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 26 REPORT via the Court's CM/ECF system, which will automatically give notice to all counsel of record for parties that have answered or otherwise appeared in this matter.

I hereby further certify that I will send the foregoing via First Class Mail to the addresses below:

Muhammad Awais Hanif
94 Legend Lane
Houston, TX 77024

USA Work Solutions LLC
1411 Upland Drive
Houston, TX 77043

"The Individuals, Partnerships, Business Entities,or Unincorporated Associations operating the eBay Seller Account dealshtx"
14041 Chrisman Rd., Ste. 2B
Houston, TX 77039-1927

Eco Kommerce LLC
5900 Balcones Dr. 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account luxemerchandise"
5900 Balcones Drive 20204
Austin, TX 78731

Samra Rehman
5900 Balcones Drive 20204
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account aayash"
5900 Balcones Drive 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account SUPER DEALS 804"
5900 Balcones Drive 5695
Austin, TX 78731

Aman
5900 Balcones Drive 5695
Austin, TX 78731

Rasheed Hassam
5900 Balcones Drive 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account apex-gobal-store"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account brixomart"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account primeusawarehouse"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account ameristockstore"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account vital_edge"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account mwaqase-22"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

Beamer LLC
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

Belal Shwel
14041 Chrisman Rd., Ste. 2B
Houston, TX 77039-1927

This 8th day of September, 2026.

*/s/ Uly S. Gunn*
Uly S. Gunn