**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC., NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., and NUTRAMAX LABORATORIES CONSUMER CARE, INC.,<br><br>Plaintiffs,<br>v.<br><br>ECO KOMMERCE LLC; SAMRA REHMAN; AMAN; RASHEED HASSAM; BEAMER LLC; BELAL SHWEL; MUHAMMAD AWAIS HANIF; USA WORK SOLUTIONS LLC; the Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Accounts "DealsHTX," "luxemerchandise," "apex-gobal-store," "aayash," "SUPER DEALS 804," "brixomart," "primeusawarehouse," "ameristockstore," "vital_edge," "mwaqase-22"; and JOHN DOES 1 THROUGH 10, each of which is an Individual, Partnership, Business Entity, or Unincorporated Association,<br><br>Defendants. | Civil Action No. 1:26-cv-00314-RP<br><br>**JURY TRIAL DEMANDED** |

**AGREED SCHEDULING ORDER**

Counsel for Plaintiffs Nutramax Laboratories, Inc., Nutramax Laboratories Veterinary Sciences, Inc., and Nutramax Laboratories Veterinary Sciences, Inc. held a Rule 26(f) conference on August 25, 2026 with Defendants Muhammad Awais Hanif and USA Work Solutions LLC.

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Scheduling Order is issued by the Court:

1. The parties must mediate this case on or before August 31, 2027, and must file a report in accordance with Local Rule CV-88(g) within one week of the completion of mediation.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before December 11, 2026, and each opposing party shall respond, in writing, on or before January 8, 2027. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3. Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before September 30, 2026.

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before October 30, 2026.

5. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before April 16, 2027. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before May 14, 2027. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

6. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, on or before July 16, 2027.

7. The parties shall complete all discovery on or before June 18, 2027.

8. All dispositive motions shall be filed on or before July 16, 2027 and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

9. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

**The parties shall not complete the following paragraph. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

10. This case is set for ______________ trial commencing at 9:30 a.m. on ___________________________________, 20________.

Jury selection may be conducted by a Magistrate Judge and may occur the Friday before the case is set for trial. Because criminal and civil cases are often set for the same trial week, the Court may need to reschedule your trial shortly before the trial date. If the parties resolve their dispute after 5:00 p.m. the day before jury selection or resolve their dispute earlier but fail to timely notify the Court, the parties may be assessed up to $5,000 for the lost opportunity to schedule other matters and to cover court costs like summoning the jury panel and paying the fees of the jury panel.

The parties may modify the deadlines in this order by agreement, with the exception of the dispositive motions deadline, hearing dates, and trial date. Those dates are firm. The Court may

impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this order. For cases brought pursuant to the Freedom of Information Act (FOIA), the parties may instead follow the standard disclosure process and will have an initial pretrial conference only by request.

SIGNED on ________________________________, 20_______.

______________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC., NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., and NUTRAMAX LABORATORIES CONSUMER CARE, INC.,<br><br>Plaintiffs,<br>v.<br><br>ECO KOMMERCE LLC; SAMRA REHMAN; AMAN; RASHEED HASSAM; BEAMER LLC; BELAL SHWEL; MUHAMMAD AWAIS HANIF; USA WORK SOLUTIONS LLC; the Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Accounts “DealsHTX,” “luxemerchandise,” “apex-gobal-store,” “aayash,” “SUPER DEALS 804,” “brixomart,” “primeusawarehouse,” “ameristockstore,” “vital_edge,” “mwaqase-22”; and JOHN DOES 1 THROUGH 10, each of which is an Individual, Partnership, Business Entity, or Unincorporated Association,<br><br>Defendants. | Civil Action No. 1:26-cv-00314-RP<br><br>**JURY TRIAL DEMANDED** |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party ____________________________________________________________ through counsel ____________________________________________________________

___ consents to having a United States Magistrate Judge preside over the trial in this case.

___ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

______________________________

Attorney for:

______________________________

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed the foregoing AGREED SCHEDULING ORDER via the Court's CM/ECF system, which will automatically give notice to all counsel of record.

I further certify that I will send the foregoing via First Class Mail to the following:

Muhammad Awais Hanif
94 Legend Lane
Houston, TX 77024

USA Work Solutions LLC
1411 Upland Drive
Houston, TX 77043

*/s/ Uly S. Gunn*
Uly S. Gunn