**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

NUTRAMAX LABORATORIES, INC., NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., and NUTRAMAX LABORATORIES CONSUMER CARE, INC.,

Plaintiffs,

v.

ECO KOMMERCE LLC; SAMRA REHMAN; AMAN; RASHEED HASSAM; BEAMER LLC; BELAL SHWEL; MUHAMMAD AWAIS HANIF; USA WORK SOLUTIONS LLC; the Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Accounts "DealsHTX," "luxemerchandise," "apex-gobal-store," "aayash," "SUPER DEALS 804," "brixomart," "primeusawarehouse," "ameristockstore," "vital_edge," "mwaqase-22"; and JOHN DOES 1 THROUGH 10, each of which is an Individual, Partnership, Business Entity, or Unincorporated Association,

Defendants.

Civil Action No. 1:26-cv-00314-RP

**JURY TRIAL DEMANDED**

**NUTRAMAX'S MOTION FOR LEAVE TO FILE**
**<u>SECOND AMENDED COMPLAINT</u>**

Pursuant to Fed. R. Civ. P. 15(a)(2) Plaintiffs Nutramax Laboratories, Inc., Nutramax Laboratories Veterinary Sciences, Inc., and Nutramax Laboratories Consumer Care, Inc. (collectively, "Nutramax") file this Motion for Leave to File a Second Amended Complaint to add the following parties as defendants to this action: Investack LLC; Investack Logistics LLC; Umais Masud; Infinity Works Ltd; Alise Enterprise LLC; Ali Mustafa; Tesca Enterprise LLC; Abubakar Salim Qazi; Li Guangzheng; Huang Morong; Huang Baoqi; and the individuals, partnerships, business entities, or

unincorporated associations behind the eBay seller account "alia9106" (collectively, the "New Defendants"), all of which are producing, supplying, distributing, advertising, selling, and/or offering to sell counterfeit Nutramax products. This Motion is timely pursuant to the Scheduling Order, which sets October 30, 2026 as the deadline to file motions to amend or supplement pleadings. (ECF No. 44.)

## **BACKGROUND**

On February 10, 2026, Nutramax filed a Complaint against Eco Kommerce LLC; Samra Rehman; Aman; Rasheed Hassam; Beamer LLC; the individuals, partnerships, business entities, or unincorporated associations behind the eBay seller accounts "DealsHTX," "luxemerchandise," "apex-gobal-store," "aayash," "SUPER DEALS 804," "brixomart," and "primeusawarehouse"; and John Does 1 through 10, each of which is an individual, partnership, business entity, or unincorporated association. The Complaint alleged, among other things, that the defendants were involved in the distribution, advertising, sale, and/or offering for sale of counterfeit COSAMIN, COSEQUIN, and PROVIABLE products. (ECF No. 1.) As alleged in the Complaint, the Nutramax products distributed, advertised, sold, and/or offered for sale by the defendants were unauthorized and unlicensed counterfeit human and pet supplement products bearing Nutramax's federally registered trademarks and copyrights. (*See id.*)

On March 3, 2026, Nutramax filed a First Amended Complaint naming additional defendants involved in the distribution, advertising, sale, and/or offering for sale of counterfeit COSAMIN, COSEQUIN, and PROVIABLE products. (ECF No. 16.) Specifically, the additional defendants named in the First Amended Complaint were Belal Shwel; Muhammad Awais Hanif; USA Work Solutions LLC; and the individuals, partnerships, business entities, or unincorporated associations behind the eBay seller accounts "ameristockstore," "vital_edge," and "mwqase-22."

(*See id.*) Only one of the current defendants, Muhammad Awais Hanif, has appeared in the case.[1] (ECF No. 41.)

Recently, Nutramax became aware of another eBay seller account, "alia9106," that, upon information and belief, has sold and/or offered for sale at least one counterfeit COSEQUIN product. Through its investigation of the newly discovered counterfeit sold by "alia9106," as well as the other counterfeits identified in the First Amended Complaint, Nutramax has identified additional individuals and entities involved in the production, advertising, distribution, supply, sale, and/or offering for sale of the counterfeit Nutramax products at issue. Accordingly, Nutramax seeks leave to file a Second Amended Complaint to add these individuals and entities as defendants.

## LEGAL STANDARD

Federal Rule of Civil Procedure Rule 15(a)(2) allows a party to amend its pleading with the opposing party's written consent or the court's leave. "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The Supreme Court has endorsed this liberal policy for allowing amendments—stating that Rule 15(a)'s "mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). "Rule 15(a) requires a trial court to grant leave to amend freely, and the language of this rule evinces a bias in favor of granting leave to amend." *Marucci Sports, L.L.C v. NCAA*, 751 F.3d 368, 378 (5th Cir. 2014) (quoting *Jones v. Robinson Prop. Grp., LP*, 427 F.3d 987, 994 (5th Cir. 2005)). "Leave to amend is in no way automatic, but the district court must possess a 'substantial reason' to deny a party's request for leave to amend." *Id.* (quoting *Jones*,

---

[1] Defendant USA Work Solutions LLC purported to file an Answer and a Motion to Dismiss (ECF Nos. 30 & 31), both of which the Court struck on account of its failure to appear through licensed counsel. (ECF No. 37.) The Court afforded USA Work Solutions LLC until October 9, 2026 to obtain counsel and respond to the First Amended Complaint, but it failed to do so. (*See id.*) Hanif filed a new answer on his own behalf on October 8, 2026. (ECF No. 41.)

427 F.3d at 994). Courts in this District examine "five considerations to determine whether to grant a party leave to amend a complaint: 1) undue delay, 2) bad faith or dilatory motive, 3) repeated failure to cure deficiencies by previous amendments, 4) undue prejudice to the opposing party, and 5) futility of the amendment." *Smith v. EMC Corp.*, 393 F.3d 590, 595 (5th Cir. 2004).

## ARGUMENT

All of the considerations identified above weigh in favor of granting this Motion.

***First,*** the proposed amendment has not been unduly delayed. The Fifth Circuit has instructed that "amendments should be tendered no later than the time of pretrial[.]" *Id.* (quoting *Glass v. Petro-Tex Chem. Corp.*, 757 F.2d 1554, 1562 (5th Cir. 1985)). This case remains far from trial, which is not set until January 2028, and is still well within the pretrial period. To date, only a single defendant has formally appeared. Nutramax also only recently discovered the additional counterfeit sold by "alia9106" and the involvement of the other New Defendants, and promptly filed this Motion upon making those discoveries.

***Second,*** this Motion is not driven by any impermissible motive. The Motion is not filed to harass or otherwise harm the New Defendants; it instead has been filed to put an end to the broad range of rampant online counterfeiting of Nutramax's products. Further, adding the New Defendants to the Second Amended Complaint provides no procedural or strategic advantage to Nutramax—instead, it enhances efficiency by streamlining these issues for the Court in a single matter.

***Third,*** this Motion is not the result of a repeated attempt to cure a deficient complaint. Nutramax's initial Complaint was not deficient in any respect, and the First Amended Complaint merely added defendants who were unknown to Nutramax when the action was filed. Nutramax now seeks leave to file the Second Amended Complaint for the same purpose.

***Fourth,*** neither the original defendants nor the New Defendants will be unduly prejudiced in any way by the proposed amendment. "A defendant is prejudiced if an added claim would require the defendant 'to reopen discovery and prepare a defense for a claim different from the one that was before the court.'" *Id.* at 596 (quoting *Duggins v. Steak 'n Shake, Inc.*, 195 F.3d 828, 834 (5th Cir. 1999)). Here, discovery has not closed, and no new claims have been added against the preexisting defendants, only one of whom has made an appearance in this case.

***Finally,*** the request is not futile, as Nutramax has set forth viable claims of trademark counterfeiting and copyright infringement against the New Defendants in the proposed Second Amended Complaint.

## CONCLUSION

Nutramax requests that the Court enter an Order granting its Motion for Leave to File a Second Amended Complaint to add the New Defendants identified herein to the above-captioned lawsuit. A copy of Nutramax's proposed Second Amended Complaint is enclosed herewith.

Respectfully submitted, this 30th day of October, 2026.

By: */s/ Uly S. Gunn*
Brady Cox
brady.cox@alston.com
Texas Bar No. 24074084
**ALSTON & BIRD LLP**
2200 Ross Avenue
Suite 2300
Dallas, Texas 75201
Tel: (214) 922-3400
Fax: (214) 922-3899

Jason D. Rosenberg (admitted PHV)
*jason.rosenberg@alston.com*
Georgia Bar No. 510855
Mary Grace Gallagher (admitted PHV)
*marygrace.gallagher@alston.com*
Georgia Bar No. 121954
Uly S. Gunn (admitted PHV)
*sam.gunn@alston.com*
Georgia Bar No. 261871
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000

*Attorneys for Plaintiffs Nutramax Laboratories, Inc., Nutramax Laboratories Veterinary Sciences, Inc., and Nutramax Laboratories Consumer Care, Inc.*

**CERTIFICATE OF CONFERENCE**

Counsel for Nutramax certifies that, pursuant to Local Rule CV-7(g), Nutramax conferred with Defendant Muhammad Awais Hanif regarding the relief requested in this Motion but has not yet received his consent to this Motion. To date, no other defendant has formally appeared in the case. Nutramax will mail copies of this Motion (along with a copy of the Second Amended Complaint and other pertinent documents) to all parties.

This 30th day of October, 2026.

*s/ Uly S. Gunn*
Uly S. Gunn

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, the foregoing was filed with the Court's CM/ECF system, which will automatically give notice to all counsel of record.

I hereby further certify that, on October 30, 2026, I will serve the foregoing on the following via First Class Mail:

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account dealshtx"
14041 Chrisman Rd., Ste. 2B
Houston, TX 77039-1927

Eco Kommerce LLC
5900 Balcones Dr. 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account luxemerchandise"
5900 Balcones Drive 20204
Austin, TX 78731

Samra Rehman
5900 Balcones Drive 20204
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account aayash"
5900 Balcones Drive 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account SUPER DEALS 804"
5900 Balcones Drive 5695
Austin, TX 78731

Aman
5900 Balcones Drive 5695
Austin, TX 78731

Rasheed Hassam
5900 Balcones Drive 5695
Austin, TX 78731

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account apex-gobal-store"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account brixomart"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account primeusawarehouse"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account ameristockstore"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account vital_edge"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

"The Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Account mwaqase-22"
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

Beamer LLC
1106 Wisterwood Drive, Unit G
Houston, TX 77043-5222

USA Work Solutions LLC
1411 Upland Drive
Houston, TX 77043

Muhammad Awais Hanif
94 Legend Lane
Houston, TX 77024

Belal Shwel
14041 Chrisman Rd., Ste. 2B
Houston, TX 77039-1927

This 30th day of October, 2026.

*s/ Uly S. Gunn*
Uly S. Gunn