**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC., NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., and NUTRAMAX LABORATORIES CONSUMER CARE, INC.,<br><br>Plaintiffs,<br>v.<br><br>ECO KOMMERCE LLC; SAMRA REHMAN; AMAN; RASHEED HASSAM; BEAMER LLC; BELAL SHWEL; MUHAMMAD AWAIS HANIF; USA WORK SOLUTIONS LLC; INVESTACK LLC; INVESTACK LOGISTICS LLC; UMAIS MASUD; INFINITY WORKS LTD; ALISE ENTERPRISE LLC; ALI MUSTAFA; TESCA ENTERPRISE LLC; ABUBAKAR SALIM QAZI; LI GUANGZHENG; HUANG MORONG; HUANG BAOQI; the Individuals, Partnerships, Business Entities, or Unincorporated Associations operating the eBay Seller Accounts “DealsHTX,” “luxemerchandise,” “apex-gobal-store,” “aayash,” “SUPER DEALS 804,” “brixomart,” “primeusawarehouse,” “ameristockstore,” “vital_edge,” “mwaqase-22,” “alia9106”; and JOHN DOES 1 THROUGH 10, each of which is an Individual, Partnership, Business Entity, or Unincorporated Association,<br><br>Defendants. | Civil Action No. 1:26-cv-00314-RP<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] SECOND AMENDED COMPLAINT**

Plaintiffs Nutramax Laboratories, Inc. ("Nutramax Labs"), Nutramax Laboratories Veterinary Sciences, Inc. ("Nutramax Vet"), and Nutramax Laboratories Consumer Care, Inc. ("Nutramax Consumer") (collectively, "Nutramax") file this Second Amended Complaint against Eco Kommerce LLC; Samra Rehman; Aman; Rasheed Hassam; Beamer LLC; Belal Shwel; Muhammad Awais Hanif; USA Work Solutions LLC; Investack LLC; Investack Logistics LLC; Umais Masud; Infinity Works Ltd; Alise Enterprise LLC; Ali Mustafa; Tesca Enterprise LLC; Abubakar Salim Qazi; Li Guangzheng; Huang Murong; Huang Baoqi; the individuals, partnerships, business entities, or unincorporated associations behind the eBay Seller Accounts "DealsHTX," "luxemerchandise," "apex-gobal-store," "aayash," "SUPER DEALS 804," "brixomart," "primeusawarehouse," "ameristockstore," "vital_edge," "mwaqase-22," and "alia9106"; and John Does 1 through 10, each of which is an individual, partnership, business entity, or unincorporated association (all defendants, collectively, "Defendants") and in support thereof allege as follows:

## NATURE AND BASIS OF ACTION

1. This action has been filed to combat counterfeiters who are trading on the fame and goodwill of Nutramax's trademarks (including, among others, COSAMIN, COSEQUIN, PROVIABLE, and NUTRAMAX LABORATORIES) by advertising, selling, and/or offering for sale counterfeit COSAMIN, COSEQUIN, and PROVIABLE products. These counterfeit products, the composition of which is completely unknown, may pose an immediate and serious threat to the safety and well-being of both humans and companion animals such as dogs and cats. This action is intended to protect consumers and their beloved pets from potentially dangerous counterfeit supplements sold by and/or distributed by Defendants, including through the online retailer eBay, Inc. ("eBay").

2. Defendants' actions constitute trademark infringement and counterfeiting in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1); unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); trademark infringement under the common law of the state of Texas; unfair competition under the common law of the state of Texas; and copyright infringement in violation of 17 U.S.C. § 501. Nutramax seeks temporary, preliminary, and permanent injunctive relief, as well as actual and statutory damages, exemplary damages, disgorgement of profits, costs, and reasonable attorneys' fees.

**THE PARTIES**

3. Plaintiff Nutramax Labs is a corporation organized and existing under the laws of the state of South Carolina. Nutramax Labs maintains its headquarters and principal place of business at 946 Quality Drive, Lancaster, South Carolina 29720. Nutramax Labs is the owner of the well-known COSAMIN, COSEQUIN, PROVIABLE, and NUTRAMAX LABORATORIES trademarks (among others discussed herein), which identify health supplements sold to consumers throughout the United States and abroad.

4. Plaintiff Nutramax Vet is a corporation organized and existing under the laws of the state of South Carolina. Nutramax Vet also maintains its headquarters and principal place of business at 946 Quality Drive, Lancaster, South Carolina 29720. Nutramax Vet is a licensee of the well-known COSEQUIN, PROVIABLE, and NUTRAMAX LABORATORIES trademarks (among others discussed herein), which Nutramax Vet uses to identify health supplements for companion animals sold to consumers throughout the United States and abroad.

5. Plaintiff Nutramax Consumer is a corporation organized and existing under the laws of the state of South Carolina. Nutramax Consumer also maintains its headquarters and its

principal place of business at 946 Quality Drive, Lancaster, South Carolina 29720. Nutramax Consumer is a licensee of the well-known COSAMIN and NUTRAMAX LABORATORIES trademarks (among others discussed herein), which Nutramax Consumer uses to identify health supplements for humans sold to consumers throughout the United States and abroad.

6. The individuals, partnerships, business entities, or unincorporated associations doing business as "luxemerchandise" ("Luxe") have advertised, offered for sale, sold, and/or distributed counterfeit COSAMIN products to consumers throughout the United States, including in the state of Texas and in this District, including through the e-commerce platform eBay using the seller account name "luxemerchandise." The counterfeit COSAMIN product purchased from "luxemerchandise" was sent in packaging displaying a return address of 5900 Balcones Dr. 20204, Austin, TX 78731.

7. Defendant Samra Rehman ("Rehman") is identified as the return addressee of the counterfeit COSAMIN products sold by Luxe. Upon information and belief, Rehman personally authorized, directed, and/or participated in Luxe's infringing activities complained of herein. (Rehman and Luxe collectively referred to herein as the "Luxe Defendants").

8. The individuals, partnerships, business entities, or unincorporated associations doing business as "aayash" ("Aayash") have advertised, offered for sale, sold, and/or distributed counterfeit COSEQUIN products to consumers throughout the United States, including in the state of Texas and in this District, including through the e-commerce platform eBay using the seller account name "aayash." The counterfeit COSEQUIN product purchased from "aayash" was sent in packaging displaying a return address of 5900 Balcones Dr. 5695, Austin, TX 78731.

9. The individuals, partnerships, business entities, or unincorporated associations doing business as "SUPER DEALS 804" ("Super Deals") have advertised, offered for sale, sold,

and/or distributed counterfeit COSEQUIN products to consumers throughout the United States, including in the state of Texas and in this District, including through the e-commerce platform eBay using the seller account name “SUPER DEALS 804.” The counterfeit COSEQUIN product purchased from “SUPER DEALS 804” was also sent in packaging displaying a return address of 5900 Balcones Dr. 5695, Austin, TX 78731.

10. Defendant Aman (“Aman”) is identified as the return addressee (individual) of the counterfeit COSEQUIN products sold by Aayash and/or Super Deals. Upon information and belief, Aman personally authorized, directed, and/or participated in Aayash and/or Super Deals’ infringing activities complained of herein.

11. Defendant “Eco Kommerce LLC” (“Eco Kommerce”) is a Texas Limited Liability Company that lists its business address with the Texas Secretary of State at 5900 Balcones Dr. 5695, Austin, TX 78731. Eco Kommerce is identified as the return addressee (company) of the counterfeit COSEQUIN products sold by Aayash and/or Super Deals. Upon information and belief, Eco Kommerce personally authorized, directed, and/or participated in Aayash and/or Super Deals’ infringing activities complained of herein.

12. Defendant Rasheed Hassam (“Hassam”) is an Officer of Eco Kommerce. Upon information and belief, Hassam personally authorized, directed, and/or participated in Aayash and/or Super Deals’ infringing activities complained of herein. (Aayash, Super Deals, Aman, Eco Kommerce, and Hassam collectively referred to herein as the “Aayash Defendants”).

13. The individuals, partnerships, business entities, or unincorporated associations doing business as “apex-gobal-store” (“Apex”) have advertised, offered for sale, sold, and/or distributed counterfeit COSAMIN products to consumers throughout the United States, including in the state of Texas and in this District, including through the e-commerce platform eBay using

the seller account name "apex-gobal-store." The counterfeit COSAMIN product purchased from "apex-gobal-store" was sent in packaging displaying a return address of 1106 Wisterwood Dr., Unit G, Houston, TX 77043-5222.

14. The individuals, partnerships, business entities, or unincorporated associations doing business as "brixomart" ("Brixomart") have advertised, offered for sale, sold, and/or distributed counterfeit COSAMIN products to consumers throughout the United States, including in the state of Texas and in this District, including through the e-commerce platform eBay using the seller account name "brixomart." The counterfeit COSAMIN product purchased from "brixomart" was also sent in packaging displaying a return address of 1106 Wisterwood Dr., Unit G, Houston, TX 77043-5222.

15. The individuals, partnerships, business entities, or unincorporated associations doing business as "primeusawarehouse" ("PrimeUSA") have advertised, offered for sale, sold, and/or distributed counterfeit COSAMIN products to consumers throughout the United States, including in the state of Texas and in this District, including through the e-commerce platform eBay using the seller account name "primeusawarehouse." The counterfeit COSAMIN product purchased from "primeusawarehouse" was also sent in packaging displaying a return address of 1106 Wisterwood Dr., Unit G, Houston, TX 77043-5222.

16. The individuals, partnerships, business entities, or unincorporated associations doing business as "ameristockstore" ("Ameristock") have advertised, offered for sale, sold, and/or distributed counterfeit COSAMIN products to consumers throughout the United States, including in the state of Texas and in this District, including through the e-commerce platform eBay using the seller account name "ameristockstore." The counterfeit COSAMIN product

purchased from “ameristockstore” was also sent in packaging displaying a return address of 1106 Wisterwood Dr., Unit G, Houston, TX 77043-5222.

17. The individuals, partnerships, business entities, or unincorporated associations doing business as “vital_edge” (“Vital”) have advertised, offered for sale, sold, and/or distributed counterfeit COSAMIN products to consumers throughout the United States, including in the state of Texas and in this District, including through the e-commerce platform eBay using the seller account name “vital_edge.” The counterfeit COSAMIN product purchased from “vital_edge” was also sent in packaging displaying a return address of 1106 Wisterwood Dr., Unit G, Houston, TX 77043-5222.

18. The individuals, partnerships, business entities, or unincorporated associations doing business as “mwaqase-22” (“Mwaqase”) have advertised, offered for sale, sold, and/or distributed counterfeit COSAMIN products to consumers throughout the United States, including in the state of Texas and in this District, including through the e-commerce platform eBay using the seller account name “mwaqase-22.” The counterfeit COSAMIN product purchased from “mwaqase-22” was also sent in packaging displaying a return address of 1106 Wisterwood Dr., Unit G, Houston, TX 77043-5222.

19. Defendant Beamer LLC (“Beamer”) is a company of unknown origin identified as the return addressee of the counterfeit COSAMIN products sold by Apex, Brixomart, PrimeUSA, Ameristock, Vital, and Mwaqase. Upon information and belief, Beamer personally authorized, directed, and/or participated in Apex’s, Brixomart’s, PrimeUSA’s, Ameristock’s, Vital’s, and Mwaqase’s infringing activities complained of herein.

20. Defendant USA Work Solutions LLC (“USA Work Solutions”) is a Texas Limited Liability Company that lists its business address with the Texas Secretary of State at 94 Legend

Lane, Houston, TX 77024 and has a business location at 1106 Wisterwood Dr., Unit G, Houston, TX 77043-5222. Upon information and belief, USA Work Solutions has sold and/or distributed the counterfeit COSAMIN products sold by Apex, Brixomart, PrimeUSA, Ameristock, Vital, and Mwaqase.

21. Defendant Muhammad Awais Hanif ("Hanif") is identified as the director, owner, and registered agent of USA Work Solutions LLC. Upon information and belief, Hanif personally authorized, directed, or participated in the distribution and/or sale of counterfeit COSAMIN products sold by Apex, Brixomart, PrimeUSA, Ameristock, Vital, and Mwaqase.

22. Defendant Investack LLC is a Pennsylvania Limited Liability Company that lists its business address with the Pennsylvania Secretary of State at 815 Ardmore Ave, Ardmore, PA 19003-2009. Upon information and belief, Investack LLC directed Hanif and USA Work Solutions to distribute and ship counterfeit COSAMIN products to designated end consumers on Investack LLC's behalf. Upon further information and belief, Investack LLC has sold, distributed, and/or caused the distribution of counterfeit COSAMIN products, including the counterfeit COSAMIN products sold by Apex, Brixomart, PrimeUSA, Ameristock, Vital, and Mwaqase.

23. Defendant Investack Logistics LLC is a Pennsylvania Limited Liability Company that lists its business address with the Pennsylvania Secretary of State at 815 Ardmore Ave, Ardmore, PA 19003-2009. Upon information and belief, Investack Logistics LLC directed Hanif and USA Work Solutions to distribute and ship counterfeit COSAMIN products to designated end consumers on Investack Logistics LLC's behalf. Upon further information and belief, Investack Logistics LLC has sold, distributed, and/or caused the distribution of counterfeit

COSAMIN products, including the counterfeit COSAMIN products sold by Apex, Brixomart, PrimeUSA, Ameristock, Vital, and Mwaqase.

24. Defendant Umais Masud ("Masud") is identified as an officer, governor, and operator of Investack Logistics LLC. Upon information and belief, Masud personally authorized, directed, or participated in the distribution and/or sale of counterfeit COSAMIN products sold by Apex, Brixomart, PrimeUSA, Ameristock, Vital, and Mwaqase.

25. Defendant Infinity Works Ltd ("Infinity Works") is a United Kingdom-based company for which Masud is identified as the director and which lists its registered office address as Apartment 3, Park Gate 43 Park Road Timperley, Timperley, Greater Manchester, Cheshire, England, WA14 5AD. Upon information and belief, Infinity Works is responsible for making the monetary payments to USA Work Solutions for the work it performed on behalf of Investack Logistics LLC. Upon further information and belief, Infinity Works has participated in the sale and/or distribution of counterfeit COSAMIN products, including the counterfeit COSAMIN products sold by Apex, Brixomart, PrimeUSA, Ameristock, Vital, and Mwaqase.

26. Defendant Alise Enterprise LLC ("Alise Enterprise") is a Virginia Corporation that lists its business address with the Virginia Secretary of State as 7790 Gateshead Ln, Manassas, VA 20109. Upon information and belief, Alise Enterprise is the manufacturer, distributor, supplier, or otherwise the source of the counterfeit COSAMIN products that Hanif and USA Work Solutions distributed or caused to be distributed to end consumers.

27. Defendant Ali Mustafa ("Mustafa") is identified as the organizer of Alise Enterprise LLC. Upon information and belief, Mustafa personally authorized, directed, or participated in the manufacture, supply, distribution, and/or sale of the counterfeit COSAMIN products that Hanif and USA Work Solutions distributed or caused to be distributed to end

consumers. (Apex, Brixomart, PrimeUSA, Ameristock, Vital, Mwaqase, Beamer, USA Work Solutions, Hanif, Investack LLC, Investack Logistics LLC, Masud, Alise Enterprise, and Mustafa collectively referred to herein as the "Apex Defendants").

28. The individuals, partnerships, business entities, or unincorporated associations doing business as "DealsHTX" ("DealsHTX") have advertised, offered for sale, sold, and/or distributed counterfeit PROVIABLE products to consumers throughout the United States, including in the state of Texas and in this District, including through the e-commerce platform eBay using the seller account name "DealsHTX." An unrelated product purchased from "DealsHTX" was sent in packaging displaying a return address of 14041 Chrisman Rd., Ste. 2B, Houston, TX 77039-1927.

29. Defendant Belal Shwel ("Shwel") is an owner and operator of the eBay seller account "DealsHTX" and has personally authorized, directed, and/or participated in DealsHTX's infringing activity complained of herein. Mr. Shwel operates the DealsHTX account from 14041 Chrisman Rd., Ste. 2B, Houston, TX 77039-1927 (DealsHTX and Shwel collectively referred to herein as the "DealsHTX Defendants").

30. The individuals, partnerships, business entities, or unincorporated associations doing business as "alia9106" ("Alia") have advertised, offered for sale, sold, and/or distributed counterfeit COSEQUIN products to consumers throughout the United States, including in the state of Texas and in this District, including through the e-commerce platform eBay using the seller account name "alia9106." Upon information and belief, the counterfeit COSEQUIN product purchased from "alia9106" was sent in packaging displaying a return address of 18538 Anderwood Forest Dr, Richmond, TX 77407.

31. Tesca Enterprise LLC d/b/a Tesca 3PL Services ("Tesca") is a Texas Limited Liability Company that lists its business address with the Texas Secretary of State as 18538 Anderwood Forest Dr, Richmond, TX 77407-2302. Upon information and belief, Tesca personally authorized, directed, or participated in the distribution and/or sale of counterfeit COSEQUIN products sold by Alia.

32. Abubakar Salim Qazi ("Qazi") is the owner and registered agent of Tesca Enterprise LLC. Upon information and belief, Qazi personally authorized, directed, or participated in the distribution and/or sale of counterfeit COSEQUIN products sold by Alia. (Alia, Tesca, and Qazi collectively referred to herein as the "Alia Defendants").

33. Defendants Li Guangzheng, Huang Murong, and Huang Baoqi (collectively, the "Guangzheng Defendants") are individuals located in China who manufactured, supplied, distributed, and exported counterfeit goods bearing Nutramax's trademarks, including counterfeit COSAMIN and COSEQUIN products. The Guangzheng Defendants operated and controlled a large-scale counterfeiting enterprise dedicated to producing and exporting counterfeit Nutramax products to customers overseas, primarily in the United States. During a law enforcement raid of the Guangzheng Defendants' operation, authorities seized counterfeit Nutramax products and labels, including more than 1,200 COSEQUIN labels, counterfeit COSEQUIN and COSAMIN products, and sales records relating to Nutramax counterfeits. The Guangzheng Defendants supplied and shipped counterfeit Nutramax products to individuals and entities in the United States, including one or more Defendants named herein, for further distribution and sale to end consumers.

34. Upon information and belief, Defendants John Doe 1 through 10 are individuals, partnerships, business entities, or unincorporated associations who either (1) advertise, offer for

sale, and sell counterfeit COSAMIN, COSEQUIN, and/or PROVIABLE products to consumers throughout the United States, including in the state of Texas and in this District; (2) personally authorize, direct, and/or participate in such infringing activities; or (3) know or have reason to know of these infringing activities and materially contribute property or other assistance to those activities. Based on Nutramax's experience in prior counterfeiting cases, Does 1 through 10 are likely residents of foreign jurisdictions with weak intellectual property laws, policies, and enforcement.

**JURISDICTION AND VENUE**

35. This Court has subject matter jurisdiction over Nutramax's federal claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1337, and 1338 because this action arises under the Lanham Act, 15 U.S.C. §§ 1051 et seq.

36. This Court has supplemental jurisdiction over Nutramax's state and common law claims pursuant to 28 U.S.C. § 1367.

37. This Court has personal jurisdiction over defendants Eco Kommerce, USA Work Solutions, and Tesca because they are entities registered and existing under the laws of Texas with their principal places of business located in Texas.

38. The remaining Defendants are subject to personal jurisdiction in this Court at least because they have purposefully availed themselves of the benefits of doing business in the state of Texas by advertising, promoting, offering for sale, selling, storing, distributing, and/or shipping counterfeit COSAMIN, COSEQUIN, and/or PROVIABLE products to and from this state, or aiding and abetting others in doing so. Defendants are therefore committing tortious acts in Texas and have wrongfully caused Nutramax substantial injury in Texas.

39. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) and (b)(3) because Defendants, upon information and belief, are subject to personal jurisdiction in this District and are causing harm to Nutramax and consumers in this judicial district by advertising, offering to sell, selling, storing, distributing, and/or shipping counterfeit COSAMIN, COSEQUIN, and/or PROVIABLE products in this District, shipping said products into this district, or distributing said products from this District for the purpose of being sold to consumers throughout the US, including in this District.

## FACTUAL BACKGROUND

### I. NUTRAMAX AND ITS PRODUCTS

40. Nutramax researches, develops, and sells high-quality, innovative health supplements that are used for several purposes, including to support joint health and intestinal health and to facilitate the body's natural detoxification process.

41. Since at least as early as 1992, Nutramax, on its own and through its licensed affiliates and resellers, has sold its health supplement products across the United States through a diversified portfolio of well-recognized and widely-trusted brands.

42. Nutramax's health supplement products are widely regarded as being among the best in the nutritional supplement industry because they are supported by research and studies, contain verified and validated active ingredients from reliable sources, and are manufactured in accordance with strict standards that ensure consumers receive a high-quality, safe, and effective product.

43. Over the years, Nutramax has spent millions of dollars researching and developing its innovative health supplement products, and Nutramax devotes significant

financial resources each year—in the form of marketing, advertising, and other initiatives—to building its brand as a provider of high-quality, safe, and effective health supplements.

44. Nutramax promotes its COSAMIN, COSEQUIN, and PROVIABLE products through heavily trafficked internet websites located at the domain names <nutramaxlabs.com>, <cosamin.com>, <cosequin.com>, and <proviable.com>, as well as at industry conferences and in various trade publications. Additionally, Nutramax, either directly or through authorized distributors, sells its products through several well-known online retailers, including Walmart, Amazon, and Chewy.com.

**a. COSAMIN**

45. COSAMIN is a supplement that supports joint health in humans through a proprietary combination of scientifically-backed ingredients designed to preserve joint cartilage and alleviate discomfort. In fact, COSAMIN is the most researched glucosamine chondroitin joint supplement, clinically proven to help promote joint comfort.

46. Since at least as early as 1992, Nutramax, on its own and through its predecessors in interest, has continuously and exclusively used the COSAMIN mark in interstate commerce to identify a sub-brand of its health supplement products, including in this state.

47. COSAMIN DS, the specific product at issue in this case, is one of its most popular joint health products for humans combining Glucosamine HCI and Chondroitin Sulfate. Nutramax has generated significant sales of its COSAMIN DS product nationwide, including in this judicial district.

48. True and correct images of Nutramax's COSAMIN DS product packaging are shown below:




**b. COSEQUIN**

49. COSEQUIN is a joint health supplement for cats, dogs, and horses that contains chondroitin sulfate and glucosamine to help support healthy joints. COSEQUIN is the #1 veterinarian recommended retail joint health supplement in the United States.

50. Since at least as early as 1992, Nutramax, on its own and through its predecessors in interest, has continuously and exclusively used the COSEQUIN mark in interstate commerce to identify a sub-brand of its health supplement products, including in this state.

51. COSEQUIN Maximum Strength plus MSM for dogs, the specific product at issue in this case, is one of the most popular joint health products for dogs. Nutramax has generated significant sales of its COSEQUIN Maximum Strength plus MSM product nationwide, including in this judicial district.

52. True and correct images of Nutramax's COSEQUIN Maximum Strength plus MSM product packaging are shown below:




**c. PROVIABLE**

53. PROVIABLE is a supplement that contains a source of live (viable) probiotic microorganisms in multiple species with billions of beneficial microorganisms to help support healthy intestinal balance. Added prebiotics help encourage growth of the beneficial microorganisms contained in the PROVIABLE products within the intestinal tract.

54. Since at least as early as 2008, Nutramax, on its own and through its predecessors in interest, has continuously and exclusively used the PROVIABLE mark in interstate commerce to identify a sub-brand of its health supplement products, including in this state.

55. PROVIABLE-DC, the specific product at issue in this case, is one of the most popular probiotic products in the small animal market. Nutramax has generated significant sales of its PROVIABLE-DC products nationwide, including in this judicial district.

56. A true and correct image of Nutramax's PROVIABLE-DC product is shown below.




**d. The NUTRAMAX Marks**

57. Since at least as early as 1992, Nutramax, on its own and through its predecessors in interest, has continuously and exclusively used the NUTRAMAX LABORATORIES mark in interstate commerce to identify its health supplement products, including in this state.

58. Since at least as early as 2011, Nutramax, on its own and through its predecessors in interest, has continuously and exclusively used the NUTRAMAX LABORATORIES & Design mark (shown below) in interstate commerce to identify its health supplement products, including in this state.

nutramax LABORATORIES

59. Since at least as early as 2014, Nutramax, on its own and through its predecessors in interest, has used its NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC. &

Design mark (shown below) in interstate commerce to identify its health supplement products targeted to dogs, cats, and horses, including in this state.

60. Since at least as early as 2014, Nutramax, on its own and through its predecessors in interest, has used its NUTRAMAX LABORATORIES CONSUMER CARE, INC. & Design mark (shown below) in interstate commerce to identify its health supplement products targeted to humans, including in this state.

**e. Additional Packaging Marks**

61. Since at least as early as 1999, Nutramax, on its own and through its predecessors in interest, has continuously and exclusively used the FCHG49 and TRH122 marks to identify key ingredients in its products, namely, glucosamine and sodium chondroitin sulfate. In particular, Nutramax has made continuous and exclusive use of these marks in interstate commerce in connection with its COSAMIN and COSEQUIN joint supplement products.

62. Since at least as early as 2015, Nutramax, on its own and through its predecessors in interest, has used the marks LOVE YOUR PET TRUST YOUR VET and LOVE YOUR PET TRUST YOUR VET & Design (shown below) in interstate commerce in connection with its health supplements for animals, including its COSEQUIN and PROVIABLE sub-brands.

love
YOUR PET
trust
YOUR VET

63. Since at least as early as 2003, Nutramax, on its own and through its predecessors in interest, has used the mark #1 VETERINARIAN RECOMMENDED BRAND & Design (shown below) to identify its valuable COSEQUIN joint health products.

#1
Veterinarian
Recommended
Brand

64. The COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, NUTRAMAX LABORATORIES & Design, NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC. & Design, NUTRAMAX LABORATORIES CONSUMER CARE, INC. & Design, FCHG49, TRH122, LOVE YOUR PET TRUST YOUR VET, LOVE YOUR PET TRUST YOUR VET & Design, and #1 VETERINARIAN RECOMMENDED BRAND & Design marks, are collectively referred to hereinafter as the "Nutramax Marks."

**f. Nutramax's Rights in the Nutramax Marks**

65. Over the years, Nutramax has diligently protected the Nutramax Marks and accompanying goodwill.

66. The Nutramax Marks appear prominently on Nutramax's COSAMIN, COSEQUIN, and/or PROVIABLE products and in advertising and marketing materials for those products.

67. Through substantial advertising, promotion, and use, the Nutramax Marks serve to identify products that originate from Nutramax and Nutramax alone, and the Nutramax Marks are assets of significant value to Nutramax, as well as symbols of substantial consumer goodwill.

68. In recognition of Nutramax's exclusive right to use the Nutramax Marks in commerce in the United States, the U.S. Patent and Trademark Office has issued Nutramax registrations for those marks, namely, U.S. Reg. Nos. 2,231,260; 4,077,241; 4,654,181; and 4,654,182 (NUTRAMAX LABORATORIES; NUTRAMAX LABORATORIES & Design; NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC. & Design; and NUTRAMAX LABORATORIES CONSUMER CARE, INC. & Design); U.S. Reg. No. 1,778,630 (COSAMIN); U.S. Reg. No. 1,791,253 (COSEQUIN); U.S. Reg. No. 5,662,197 (COSEQUIN); U.S. Reg. No. 3,481,550 (PROVIABLE); U.S. Reg. No. 2,588,958 (TRH122); U.S. Reg. No. 2,574,169 (FCHG49); U.S. Reg. No. 3,869,100 (#1 VETERINARIAN RECOMMENDED BRAND & Design); and U.S. Reg. Nos. 4,833,569 and 4,833,568 (LOVE YOUR PET TRUST YOUR VET and LOVE YOUR PET TRUST YOUR VET & Design). True and correct copies of these registration certificates are attached as Exhibit A.

69. The registrations for the Nutramax Marks are valid and subsisting in law, were duly and legally issued, are *prima facie* evidence of the validity of the marks registered and constitute constructive notice of Nutramax's ownership of these marks in accordance with Sections 7(b) and 22 of the Lanham Act, 15 U.S.C. §§ 1057(b) and 1072.

70. The registrations for the Nutramax Marks are incontestable pursuant to Section 15 of the Lanham Act (15 U.S.C. § 1065) and, pursuant to Section 33(b) of the Act (15 U.S.C. § 1115(b)), constitute conclusive evidence of Nutramax's exclusive right to use the marks registered therein in commerce in the United States.

71. By virtue of Nutramax's exclusive use of the Nutramax Marks in interstate commerce, Nutramax is the exclusive owner of all right, title, and interest in and to the Nutramax Marks and the registrations thereof.

**g. Nutramax's Copyright Ownership of Product Packaging**

72. The packaging design for Nutramax's COSAMIN DS 210 Count product shown above at Paragraph 32 (the "Cosamin Packaging Design") is an original work of creative authorship owned by Nutramax protected by copyright law.

73. In recognition of the copyright Nutramax owns in the Cosamin Packaging Design, the United States Copyright Office issued Nutramax Reg. No. VAu 2-308-655 for the 210-count Cosamin DS package.

74. The packaging design for Nutramax's COSEQUIN Maximum Strength plus MSM for dogs 132 Count product shown above at Paragraph 36 (the "Cosequin Packaging Design") is an original work of creative authorship owned by Nutramax protected by copyright law.

75. In recognition of the copyright Nutramax owns in the Cosequin Packaging Design, the United States Copyright Office issued Nutramax Reg. No. VAu 2-309-250 for the 132-count Cosequin Maximum Strength plus MSM package.

76. The packaging design for Nutramax's PROVIABLE-DC 30 Count product shown above at Paragraph 40 (the "Proviable Packaging Design") is an original work of creative authorship owned by Nutramax protected by copyright law.

77. In recognition of the copyrights Nutramax owns in the Proviable Packaging Design, the United States Copyright Office issued Nutramax Reg. No. VAu 1-473-981 for the 30-count PROVIABLE-DC package.

78. Copies of the copyright registrations for the Cosamin Packaging Design, the Cosequin Packaging Design, and the Proviable Packaging Design (collectively, the "Packaging Designs") are attached hereto as Exhibit B.

79. The copyright registrations for the Packaging Designs (collectively, the "Copyright Registrations") are valid and subsisting in law, were duly and legally issued, are *prima facie* evidence of the validity of Nutramax's copyrights in the Packaging Designs, and constitute constructive notice of Nutramax's ownership of the copyrights in the Packaging Designs in accordance with 17 U.S.C. §410(c).

80. The Copyright Registrations all have an effective date in 2022—prior to the start of Defendants' actions complained of herein.

## II. DEFENDANTS' UNLAWFUL CONDUCT

81. The nutritional supplement industry is unfortunately plagued by companies that use poor-quality ingredients to lower production costs and increase profitability. In some cases, sellers resort to outright counterfeiting using unknown ingredients and putting consumers and their beloved pets at significant risk.

### a. Counterfeit COSAMIN on eBay

82. Prior to filing this Second Amended Complaint, Nutramax confirmed that the Luxe Defendants and the Apex Defendants had engaged in the manufacture, distribution, supply, advertising, offering for sale, and/or sale of counterfeit COSAMIN products under the seller names "luxemerchandise" (Luxe Defendants) and "apex-gobal-store," brixomart," "primeusawarehouse," "ameristockstore," "vital_edge," and "mwaqase-22" (Apex Defendants) through the e-commerce retailer eBay.

**1. The Luxe Defendants**

83. On December 30, 2025, a consumer placed an order for two bottles of Cosamin DS joint health supplement from the eBay seller "luxemerchandise" (the "Luxe Purchase"). Attached as Exhibit C is a true and correct copy of the eBay order details sent to Nutramax by the consumer who made the Luxe Purchase showing the product was sold by the eBay seller "luxemerchandise."

84. The shipping label from the Luxe Purchase identifies the return information as: Samra Rehman, 5900 Balcones Drive 20204, Austin, Texas, 78731. Attached as Exhibit D is a true and correct copy of the shipping label sent to Nutramax by the customer of the Luxe Purchase.

85. An image of the front and the supplement facts side panel of Nutramax's genuine COSAMIN DS bottle is shown below on the left, and a photo of the front and supplement facts side panel of the COSAMIN DS product from the Luxe Purchase is on the right:

<table>
<tr><th>Genuine COSAMIN DS</th><th>Counterfeit COSAMIN DS (“Luxe Purchase Bottle”)</th></tr>
<tr><td>
</td><td>
</td></tr>
<tr><td>

[Zoomed in]</td><td>

[Zoomed in]</td></tr>
</table>

| Genuine COSAMIN DS | Counterfeit COSAMIN DS ("Luxe Purchase Bottle") |
|---|---|
|   |   |

86. Upon careful examination of the Luxe Purchase Bottle, Nutramax determined that it was in fact counterfeit. True and correct photographs of the Luxe Purchase Bottle that Nutramax was sent by the consumer who made the Luxe Purchase are included in Exhibit E.

87. Although the counterfeit COSAMIN DS bottles are substantially similar to the authentic COSAMIN DS bottle in virtually every aspect (including text, stylization of text, color, images, shapes, and arrangement of elements on the package), the counterfeit packaging features key differences from genuine COSAMIN DS packaging that confirm the product is counterfeit. Specifically, the Luxe Purchase Bottle is covered by a seal that reads "SEALED FOR YOUR PROTECTION," whereas the seal on genuine COSAMIN DS bottles displays the Nutramax Laboratories logo. Further, the Luxe Purchase Bottle identifies a contact website of <Nutramaxla***n***s.com> (emphasis added). This is not an actual Nutramax domain name. Genuine Cosamin DS bottles include the domain for Nutramax's genuine website at <NutramaxLa***b***s.com> (emphasis added).

88. Upon information and belief, additional consumers intending to purchase Nutramax's COSAMIN DS supplements have instead unknowingly purchased counterfeit COSAMIN DS supplements advertised, sold, distributed, and/or shipped by the Luxe Defendants.

**2. The Apex Defendants**

89. On January 8, 2026, Nutramax ordered a bottle of Cosamin DS joint health supplement from the eBay seller "apex-gobal-store" (the "Apex Purchase"). Attached as Exhibit F is a true and correct copy of the eBay order details for the Apex Purchase, showing the product was sold by the eBay seller "apex-gobal-store."

90. The shipping label from the Apex Purchase identifies the return information as: Beamer LLC, Unit G, 1106 Wisterwood Drive, Houston, Texas, 77043-5222. Attached as Exhibit G is a true and correct copy of the shipping label from the Apex Purchase.

91. An image of the front and supplement facts side panel of Nutramax's genuine COSAMIN DS bottle is shown below on the left, and a photo of the front and supplement facts side panel of the COSAMIN DS product from the Apex Purchase is on the right:

<table>
<tr><th>Genuine COSAMIN DS</th><th>Counterfeit COSAMIN DS ("Apex Purchase Bottle")</th></tr>
<tr><td>




</td><td>




</td></tr>
</table>

<table>
<tr><th>Genuine COSAMIN DS</th><th>Counterfeit COSAMIN DS (“Apex Purchase Bottle”)</th></tr>
<tr>
<td>


[Zoomed in]


</td>
<td>


[Zoomed in]


</td>
</tr>
</table>

92. Upon careful examination of the Apex Purchase Bottle, Nutramax determined that it was in fact counterfeit. True and correct photographs of the Apex Purchase Bottle are included in Exhibit H.

93. On January 27, 2026, Nutramax ordered a bottle of Cosamin DS joint health supplement from the eBay seller “brixomart” (the “Brixomart Purchase”). Attached as Exhibit I is a true and correct copy of the eBay order details for the Brixomart Purchase, showing the product was sold by the eBay seller “brixomart.”

94. The shipping label from the Brixomart Purchase identifies the return information as: Beamer LLC, Unit G, 1106 Wisterwood Drive, Houston, Texas, 77043-5222. Attached as Exhibit J is a true and correct copy of the shipping label from the Brixomart Purchase.

95. An image of the front and supplement facts side panel of Nutramax's genuine COSAMIN DS bottle is shown below on the left, and a photo of the front and supplement facts side panel of the COSAMIN DS product from the Brixomart Purchase is on the right.

<table>
<tr><th>Genuine COSAMIN DS</th><th>Counterfeit COSAMIN DS ("Brixomart Purchase Bottle")</th></tr>
<tr><td>


</td><td>


</td></tr>
</table>

<table>
<tr><th>Genuine COSAMIN DS</th><th>Counterfeit COSAMIN DS (“Brixomart Purchase Bottle”)</th></tr>
<tr><td>


[Zoomed in]


</td><td>


[Zoomed in]


</td></tr>
</table>

96. Upon careful examination of the Brixomart Purchase Bottle, Nutramax determined that it was in fact counterfeit. True and correct photographs of the Brixomart Purchase Bottle are included in Exhibit K.

97. On January 27, 2026, Nutramax ordered a bottle of Cosamin DS joint health supplement from the eBay seller “primeusawarehouse” (the “PrimeUSA Purchase”). Attached as Exhibit L is a true and correct copy of the eBay order details for the PrimeUSA Purchase, showing the product was sold by the eBay seller “primeusawarehouse.”

98. The shipping label from the PrimeUSA Purchase identifies the return information as: Beamer LLC, Unit G, 1106 Wisterwood Drive, Houston, Texas, 77043-5222. Attached as Exhibit M is a true and correct copy of the shipping label from the PrimeUSA Purchase.

99. An image of the front and supplement facts side panel of Nutramax's genuine COSAMIN DS bottle is shown below on the left, and a photo of the front and supplement facts side panel of the COSAMIN DS product from the PrimeUSA Purchase is on the right:

<table>
<tr><th>Genuine COSAMIN DS</th><th>Counterfeit COSAMIN DS ("PrimeUSA Purchase Bottle")</th></tr>
<tr><td>
</td><td>
</td></tr>
</table>

| Genuine COSAMIN DS | Counterfeit COSAMIN DS (“PrimeUSA Purchase Bottle”) |
|---|---|
| <br>[Zoomed in]<br> | <br>[Zoomed in]<br> |

100. Upon careful examination of the PrimeUSA Purchase Bottle, Nutramax determined that it was in fact counterfeit. True and correct photographs of the PrimeUSA Purchase Bottle are included in Exhibit N.

101. On January 30, 2026, Nutramax ordered a bottle of Cosamin DS joint health supplement from the eBay seller “ameristockstore” (the “Ameristock Purchase”). Attached as Exhibit U is a true and correct copy of the eBay order details for the Ameristock Purchase, showing the product was sold by the eBay seller “ameristocktore.”

102. The shipping label from the Ameristock Purchase identifies the return information as: Beamer LLC, Unit G, 1106 Wisterwood Drive, Houston, Texas, 77043-5222. Attached as Exhibit V is a true and correct copy of the shipping label from the Ameristock Purchase.

103. An image of the front and supplement facts side panel of Nutramax's genuine COSAMIN DS bottle is shown below on the left, and a photo of the front and supplement facts side panel of the COSAMIN DS product from the Ameristock Purchase is on the right:

| **Genuine COSAMIN DS** | **Counterfeit COSAMIN DS ("Ameristock Purchase Bottle")** |
|---|---|
|   |   |

| **Genuine COSAMIN DS** | **Counterfeit COSAMIN DS ("Ameristock Purchase Bottle")** |
|---|---|
|  |  |
| [Zoomed in] | [Zoomed in] |
|  |  |

104. Upon careful examination of the Ameristock Purchase Bottle, Nutramax determined that it was in fact counterfeit. True and correct photographs of the Ameristock Purchase Bottle are included in Exhibit W.

105. On January 27, 2026, Nutramax ordered a bottle of Cosamin DS joint health supplement from the eBay seller "vital_edge" (the "Vital Purchase"). Attached as Exhibit X is a true and correct copy of the eBay order details for the Vital Purchase, showing the product was sold by the eBay seller "vital_edge."

106. The shipping label from the Vital Purchase identifies the return information as: Beamer LLC, Unit G, 1106 Wisterwood Drive, Houston, Texas, 77043-5222. Attached as Exhibit Y is a true and correct copy of the shipping label from the Vital Purchase.

107. An image of the front and supplement facts side panel of Nutramax's genuine COSAMIN DS bottle is shown below on the left, and a photo of the front and supplement facts side panel of the COSAMIN DS product from the Vital Purchase is on the right:

| **Genuine COSAMIN DS** | **Counterfeit COSAMIN DS ("Vital Purchase Bottle")** |
|---|---|
|  |  |

<table>
<tr><th>Genuine COSAMIN DS</th><th>Counterfeit COSAMIN DS (“Vital Purchase Bottle”)</th></tr>
<tr><td>


[Zoomed in]


</td><td>


[Zoomed in]


</td></tr>
</table>

108. Upon careful examination of the Vital Purchase Bottle, Nutramax determined that it was in fact counterfeit. True and correct photographs of the Vital Purchase Bottle are included in Exhibit Z.

109. On February 9, 2026, Nutramax ordered a bottle of Cosamin DS joint health supplement from the eBay seller “mwaqase-22” (the “Mwaqase Purchase”). Attached as Exhibit AA is a true and correct copy of the eBay order details for the Mwaqase Purchase, showing the product was sold by the eBay seller “mwaqase-22.”

110. The shipping label from the Mwaqase Purchase identifies the return information as: Beamer LLC, Unit G, 1106 Wisterwood Drive, Houston, Texas, 77043-5222. Attached as Exhibit BB is a true and correct copy of the shipping label from the Mwaqase Purchase.

111. An image of the front and supplement facts side panel of Nutramax's genuine COSAMIN DS bottle is shown below on the left, and a photo of the front and supplement facts side panel of the COSAMIN DS product from the Mwaqase Purchase is on the right:

<table>
<tr><th>Genuine COSAMIN DS</th><th>Counterfeit COSAMIN DS ("Mwaqase Purchase Bottle")</th></tr>
<tr><td>


</td><td>


</td></tr>
</table>

<table>
<tr><th>Genuine COSAMIN DS</th><th>Counterfeit COSAMIN DS (“Mwaqase Purchase Bottle”)</th></tr>
<tr><td>



[Zoomed in]



</td><td>



[Zoomed in]



</td></tr>
</table>

112. Upon careful examination of the Mwaqase Purchase Bottle, Nutramax determined that it was in fact counterfeit. True and correct photographs of the Mwaqase Purchase Bottle are included in Exhibit CC.

113. Although the counterfeit COSAMIN DS bottles sold, supplied, and/ or distributed by the Apex Defendants are substantially similar to the authentic COSAMIN DS bottle in virtually every aspect (including text, stylization of text, color, images, shapes, and arrangement of elements on the package), the counterfeit packaging features key differences from genuine COSAMIN DS packaging that confirm the product is counterfeit. Specifically, the Apex

Purchase Bottle, Brixomart Purchase Bottle, PrimeUSA Purchase Bottle, Ameristock Purchase Bottle, Vital Purchase Bottle, and Mwaqase Purchase Bottle are covered by a seal that reads "SEALED FOR YOUR PROTECTION," whereas the seal on genuine COSAMIN DS bottles displays the Nutramax logo. Further, the Apex Purchase Bottle, Brixomart Purchase Bottle, PrimeUSA Purchase Bottle, Ameristock Purchase Bottle, Vital Purchase Bottle, and Mwaqase Purchase Bottle identify a contact website of <nutramaxla***n***s.com> (emphasis added). This is not an actual Nutramax domain name. Genuine Cosamin DS bottles include the domain for Nutramax's genuine website at <nutramaxla***b***s.com> (emphasis added).

114. Upon information and belief, additional consumers intending to purchase Nutramax's COSAMIN DS supplements have instead unknowingly purchased counterfeit COSAMIN DS supplements advertised, sold, distributed, supplied, and/or shipped by the Apex Defendants.

**b. Counterfeit COSEQUIN on eBay**

115. Prior to filing this Second Amended Complaint, Nutramax confirmed that the Aayash Defendants and the Alia Defendants had engaged in the manufacture, distribution, supply, advertising, offering for sale, and/or sale of counterfeit COSEQUIN products under the seller names "aayash" and "SUPER DEALS 804" (Aayash Defendants) and "alia9106" (Alia Defendants) through the e-commerce retailer eBay.

**1. The Aayash Defendants**

116. On January 15, 2026, Nutramax ordered a bottle of Cosequin Maximum Strength plus MSM joint health supplement for dogs that was listed by the eBay seller "Super Deals 804." However, when the order was placed, the eBay seller was listed as "aayash" (the "Aayash Purchase"). Attached as Exhibit O is a true and correct copy of the eBay product listing by the

seller "Super Deals 804" showing the product was listed by the seller "Super Deals 804" and the eBay order details for the Aayash Purchase, showing the product was sold by the eBay seller "aayash."

117. The shipping label from the Aayash Purchase identifies the return information as: Aman, Eco Kommerce LLC, 5900 Balcones Drive 5695, Austin, Texas 78731. Attached as Exhibit P is a true and correct copy of the shipping label from the Aayash Purchase.

118. An image of the front of Nutramax's genuine COSEQUIN Maximum Strength plus MSM bottle is shown below on the left, and a photo of the front of the COSEQUIN Maximum Strength plus MSM product from the Aayash Purchase is on the right:

| **Genuine COSEQUIN Maximum Strength plus MSM** | **Counterfeit COSEQUIN Maximum Strength plus MSM ("Aayash Purchase Bottle")** |
|---|---|
|   |   |

119. Upon careful examination of the Aayash Purchase Bottle, Nutramax determined that it was in fact counterfeit. True and correct photographs of the Aayash Purchase Bottle are included in Exhibit Q.

120. Although the counterfeit COSEQUIN Maximum Strength plus MSM product bottles are substantially similar to the authentic COSEQUIN Maximum Strength plus MSM product bottle in virtually every aspect (including text, stylization of text, color, images, shapes, and arrangement of elements on the package), the counterfeit packaging features key differences from genuine COSEQUIN Maximum Strength plus MSM product packaging that confirm the product is counterfeit. Specifically, the Aayash Purchase Bottle is covered by a clear seal with no words or markings, whereas the seal on genuine COSEQUIN bottles displays the Nutramax Laboratories logo.

121. Upon information and belief, additional consumers intending to purchase Nutramax's COSEQUIN Maximum Strength plus MSM supplements have instead unknowingly purchased counterfeit COSEQUIN Maximum Strength plus MSM supplements advertised, sold, distributed, and/or shipped by the Aayash Defendants.

**2. The Alia Defendants**

122. In April 2026, Nutramax received a consumer complaint regarding a bottle of Cosequin plus MSM joint health supplement for dogs purchased from the eBay seller "alia9106" (the "Alia Purchase"). In the complaint, the customer stated that the bottle of Cosequin arrived only halfway full and that the tablets appeared smaller than usual. Dissatisfied with the product, the customer returned it to the seller using the return information provided on the shipping label from the Alia Purchase.

123. Upon information and belief, the shipping label from the Alia Purchase identifies the return information as: Faizan, 18538 Anderwood Forest Dr, Richmond, TX 77407.

124. An image of the front of Nutramax's genuine COSEQUIN plus MSM bottle is shown below on the left, and a photo of the front of the COSEQUIN plus MSM product from the Alia Purchase is on the right.

| **Genuine COSEQUIN plus MSM** | **Counterfeit COSEQUIN plus MSM ("Alia Purchase Bottle")** |
|---|---|
|  |  |

125. Upon information and belief, the Alia Purchase Bottle was counterfeit given the poor and atypical condition in which the product arrived according to the consumer complaint. Further, as shown above, the COSEQUIN plus MSM bottle sold and/or distributed by the Alia Defendants is substantially similar to the authentic COSEQUIN plus MSM bottle in virtually every aspect (including text, stylization of text, color, images, shapes, and arrangement of

elements on the package). Thus, upon information and belief, the Alia Purchase Bottle is a counterfeit.

126. Upon information and belief, additional consumers intending to purchase Nutramax's COSEQUIN plus MSM supplements have instead unknowingly purchased counterfeit COSEQUIN plus MSM supplements advertised, sold, distributed, and/or shipped by the Alia Defendants.

**c. Counterfeit PROVIABLE on eBay**

127. Prior to filing this Second Amended Complaint, Nutramax confirmed that the DealsHTX Defendants had engaged in the manufacture, distribution, supply, advertising, offering for sale, and/or sale of counterfeit PROVIABLE products under the seller name "dealshtx" through the e-commerce retailer eBay.

128. On September 16, 2025, a consumer placed an order for six thirty-count blister packs of PROVIABLE-DC from the eBay seller "dealshtx" (the "DealsHTX Purchase"). Attached as Exhibit R is a true and correct copy of the eBay order details sent to Nutramax by the customer of the DealsHTX Purchase showing the product was sold by the eBay seller "dealshtx."

129. On January 13, 2026, Nutramax conducted a test purchase from eBay seller "DealsHTX" of an unrelated product to obtain shipping information from the seller. The shipping label from Nutramax's purchase from eBay seller "DealsHTX" identifies the return information as: Deals HTX, 14041 Chrisman Road, Ste. 2B, Houston, Texas 77039-1927. Attached as Exhibit S is a true and correct copy of the shipping label from Nutramax's purchase.

130. An image of the front of Nutramax's genuine PROVIABLE-DC product is shown below on the left, and a photo of the front of the PROVIABLE-DC product from the DealsHTX Purchase is on the right:

**Genuine PROVIABLE-DC**




[Zoomed In – red box added for illustration]




**Counterfeit PROVIABLE-DC ("DealsHTX Purchase Product")**




[Zoomed In – red box added for illustration]




131. Upon careful examination of the DealsHTX Purchase Product, Nutramax determined that the product was in fact counterfeit. True and correct photographs of the DealsHTX Purchase Product sent by the customer of the DealsHTX Purchase to Nutramax are included in Exhibit T.

132. Although the counterfeit PROVIABLE-DC product packaging is substantially similar to the authentic PROVIABLE-DC product in virtually every aspect (including text, stylization of text, color, images, shapes, and arrangement of elements on the package), the counterfeit packaging features key differences from genuine PROVIABLE-DC product packaging that confirm the product is counterfeit. Specifically, the counterfeit packaging is missing two bubbles at the bottom of the front packaging (shown in red boxes above) and not as much of the "BLISTER PACKED CAPSULES" text overlaps with the side bubbles, which confirm the product is counterfeit.

133. Upon information and belief, additional consumers intending to purchase Nutramax's PROVIABLE-DC product have instead unknowingly purchased counterfeit PROVIABLE-DC products advertised, sold, distributed, and/or shipped by the DealsHTX Defendants.

**d. The Harm to Nutramax and Danger to Consumers of Counterfeit Products**

134. Counterfeit products, such as the fake COSAMIN, COSEQUIN, and PROVIABLE products sold by Defendants pose an immediate threat to the safety of consumers and their beloved pets.

135. Even assuming the counterfeit products were harmless, because of the poor quality of the products consumers are likely to be disappointed by the products and attribute the poor quality and performance to Nutramax. This is evidenced by the fact that at least two consumers have contacted Nutramax after being disappointed by these counterfeit products, including a purchaser of the counterfeit COSAMIN DS product and a purchaser of the counterfeit PROVIABLE product.

136. Consumers, relying on the reputation of eBay, and the reputation of the COSAMIN, COSEQUIN, PROVIABLE, and NUTRAMAX LABORATORIES brands, have no reason to suspect the health supplement products they purchased on eBay are anything but genuine.

137. In furtherance of the deceit, Defendants' counterfeit products are virtually exact replicas of the genuine articles, including the use of Nutramax's trademarks on the fake products to create the impression that Defendants' inferior and potentially dangerous products are authentic Nutramax products.

138. Further, consumers and their beloved pets are fraudulently being deprived of the bargained-for exchange—the joint health support they need as well as the intestinal and joint health support their pets need—all to the reputational detriment of Nutramax and the COSAMIN, COSEQUIN, PROVIABLE, and NUTRAMAX LABORATORIES brands.

139. Accordingly, the presence of counterfeit products such as these denigrates and tarnishes the substantial goodwill Nutramax has labored to build in its COSAMIN, COSEQUIN, and PROVIABLE products, in its other products, in the NUTRAMAX LABORATORIES brand, and in the company itself.

140. Nutramax has no association or affiliation of any kind with the Defendants or their online businesses, and Nutramax has never authorized the Defendants to use the Nutramax Marks or the Packaging Designs, or to sell or distribute any COSAMIN, COSEQUIN, or PROVIABLE products, or any other Nutramax product.

141. Upon information and belief, numerous consumers have been misled by Defendants into believing that the Defendants are selling or distributing genuine COSAMIN,

COSEQUIN, or PROVIABLE products, when in fact the goods have now been confirmed as sophisticated, and unfortunately convincing, counterfeits.

142. The fact that Defendants' counterfeit products are such slavish imitations of Nutramax's genuine COSAMIN, COSEQUIN, and PROVIABLE products, and are offered to consumers via eBay as being genuine Nutramax products, shows that Defendants' actions have been undertaken with malice, and constitute fraud upon consumers and upon Nutramax.

143. As long as Defendants can continue to promote and sell their counterfeit products, Nutramax will lose its ability to control the use of its valuable marks. Upon information and belief, there is remaining stock of Defendants' counterfeit COSAMIN, COSEQUIN, and PROVIABLE products in one or more third-party warehousing/fulfilment centers.

## COUNT I
**Trademark Infringement and Counterfeiting (15 U.S.C. § 1114)**
**(Against all Defendants)**

144. Nutramax incorporates by reference the allegations set forth in the preceding paragraphs of the Second Amended Complaint as if fully repeated and restated herein.

145. The COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, and other Nutramax Marks serve to identify to the public goods that are offered by Nutramax alone, and the marks serve as symbols of the substantial goodwill Nutramax has built in its marks.

146. Defendants are using counterfeit copies of Nutramax's federally registered COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, and other Nutramax Marks in interstate commerce without Nutramax's authorization or consent in connection with the production, manufacture, supply, sale, offering for sale, or distribution of counterfeit goods in a manner that is likely to cause confusion, mistake, or deception as to whether the goods

originate from Nutramax and/or as to whether the Defendants or their goods are sponsored or endorsed by, or associated or affiliated with, Nutramax.

147. Defendants clearly have knowledge of Nutramax and their trademark rights and are intentionally using counterfeits of the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, and other Nutramax Marks in an effort to pass themselves off as being Nutramax or as one of Nutramax's authorized retailers or distributors, which they are not.

148. Defendants' conduct constitutes knowing and willful trademark infringement and counterfeiting under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

149. Nutramax has no adequate remedy at law, and if Defendants' actions are not enjoined, Nutramax will continue to suffer irreparable harm to its reputation and the goodwill of its valuable COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, and other Nutramax Marks.

150. Defendants' conduct has further enabled them to earn profits to which they are not in law, equity or good conscience entitled, and has unjustly enriched Defendants, all to Defendants' profit and Nutramax's damage.

151. As a result of the intentional, willful, and wanton actions of the Defendants as set forth above, Nutramax is entitled to a temporary, preliminary, and permanent injunction; to a seizure order pursuant to 15 U.S.C. § 1116(d); and to recovery of (1) Nutramax's actual damages (which, at the Court's discretion, may be increased to an amount three times the amount proven as actual damages); (2) the Defendants' profits; (3) the costs of the action; and (4) because this is an exceptional case, reasonable attorneys' fees. As an alternative to (1) and (2), Nutramax may

elect to recover statutory damages for willful counterfeiting in an amount not to exceed $2,000,000 per counterfeit mark per type of goods sold.

**COUNT II**
**False Designations of Origin & False Descriptions (15 U.S.C. § 1125(a))**
**(Against all Defendants)**

152. Nutramax incorporates by reference the allegations set forth in the preceding paragraphs of the Second Amended Complaint as if fully repeated and restated herein.

153. Defendants are knowingly using counterfeit imitations of the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, and other Nutramax Marks without authorization or consent from Nutramax in interstate commerce in connection with the production, manufacture, supply, sale, offering for sale, distribution, and advertising of counterfeit goods in a manner that is likely to cause consumer confusion, mistake, or deception as to the true source of the goods and as to whether Defendants are associated or affiliated with, or sponsored or endorsed by Nutramax.

154. Defendants' conduct constitutes false designations of origin and unfair competition in violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

155. As a direct and proximate result of Defendants' conduct, Nutramax has suffered actual and irreparable harm to its reputation and goodwill for which no adequate remedy exists at law. Defendants' conduct will continue to cause such injury unless and until enjoined by this Court.

156. Defendants' conduct has further enabled them to earn profits to which they are not in law, equity or good conscience entitled, and has unjustly enriched Defendants, all to Defendants' profit and Nutramax's damage.

157. As a result of the intentional, willful, and wanton actions of the Defendants as set forth above, Nutramax is entitled to a temporary, preliminary, and permanent injunction, and is entitled to recover (1) Nutramax's actual damages (which, at the Court's discretion, may be increased to an amount three times the amount proven as actual damages); (2) the Defendants' profits; (3) the costs of the action; and (4) because this is an exceptional case, reasonable attorneys' fees.

**COUNT III**
**Texas Common Law Trademark Infringement**
**(Against all Defendants)**

158. Nutramax incorporates by reference the allegations set forth in the preceding paragraphs of the Second Amended Complaint as if fully repeated and restated herein.

159. By virtue of its prior adoption and use in interstate commerce of the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, and other Nutramax Marks in this judicial district and elsewhere, Nutramax has acquired, established, and owns common law trademark rights in those marks, which serve to identify to the public health supplements that are offered by Nutramax, and the goods offered in connection with those marks are regarded by the public as being offered by, sponsored by, approved by, authorized by, associated with, or affiliated with Nutramax.

160. Defendants are knowingly using counterfeit imitations of the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, and other Nutramax Marks without authorization or consent from Nutramax in interstate commerce in connection with the production, manufacture, supply, sale, offering for sale, distribution, and advertising of counterfeit goods in a manner that is likely to cause consumer confusion, mistake, or deception

as to the true source of the goods and as to whether Defendants are associated or affiliated with, or sponsored or endorsed by Nutramax.

161. Defendants' conduct constitutes trademark infringement in violation of the common law of the state of Texas.

162. As a direct and proximate result of Defendants' conduct, Nutramax has suffered actual and irreparable harm to its reputation and goodwill for which no adequate remedy exists at law. Defendants' conduct will continue to cause such injury unless and until enjoined by this Court.

163. Defendants' conduct has further enabled them to earn profits to which they are not in law, equity or good conscience entitled, and has unjustly enriched Defendants, all to Defendants' profit and Nutramax's damage.

164. As a result of the intentional, willful, and wanton actions of the Defendants as set forth above, Nutramax is entitled to a temporary, preliminary, and permanent injunction, and is entitled to recover (1) Nutramax's actual damages; (2) the Defendants' profits; (3) exemplary damages pursuant to Tex. Civ. Prac. & Rem. Code § 41.003; (4) the costs of the action; and (5) reasonable attorneys' fees.

## COUNT IV
## Texas Common Law Unfair Competition
## (Against all Defendants)

165. Nutramax incorporates by reference the allegations set forth in the preceding paragraphs of the Second Amended Complaint as if fully repeated and restated herein.

166. By virtue of its prior adoption and use in interstate commerce of the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, and other Nutramax Marks in this judicial district and elsewhere, Nutramax has acquired, established, and owns common law

trademark rights in those marks, which serve to identify to the public health supplements that are offered by Nutramax, and the goods offered in connection with those marks are regarded by the public as being offered by, sponsored by, approved by, authorized by, associated with, or affiliated with Nutramax.

167. Defendants are knowingly using counterfeit imitations of the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, and other Nutramax Marks without authorization or consent from Nutramax in interstate commerce in connection with the production, manufacture, supply, sale, offering for sale, distribution, and advertising of counterfeit goods in a manner that is likely to cause consumer confusion, mistake, or deception as to the true source of the goods and as to whether Defendants are associated or affiliated with, or sponsored or endorsed by Nutramax.

168. Defendants' conduct constitutes unfair competition in violation of the common law of the state of Texas.

169. As a direct and proximate result of Defendants' conduct, Nutramax has suffered actual and irreparable harm to its reputation and goodwill for which no adequate remedy exists at law. Defendants' conduct will continue to cause such injury unless and until enjoined by this Court.

170. Defendants' conduct has further enabled them to earn profits to which they are not in law, equity or good conscience entitled, and has unjustly enriched Defendants, all to Defendants' profit and Nutramax's damage.

171. As a result of the intentional, willful, and wanton actions of the Defendants as set forth above, Nutramax is entitled to a temporary, preliminary, and permanent injunction, and is entitled to recover (1) Nutramax's actual damages; (2) the Defendants' profits; (3) exemplary

damages pursuant to Tex. Civ. Prac. & Rem. Code § 41.003; (4) the costs of the action; and (5) reasonable attorneys' fees.

**COUNT V**
**Copyright Infringement (17 U.S.C. § 501)**
**(Against all Defendants)**

172. Nutramax incorporates by reference the allegations set forth in the preceding paragraphs of the Second Amended Complaint as if fully repeated and restated herein.

173. The Packaging Designs are original works of creative authorship and therefore protected by copyright law.

174. Nutramax is the owner of all right, title, and interest to the copyright in the Packaging Designs, as is reflected in the Copyright Registrations.

175. The designs of the packaging for Defendants' counterfeit COSAMIN DS products are flagrant and slavish copies of the Cosamin Packaging Design.

176. The designs of the packaging for Defendants' counterfeit COSEQUIN Maximum Strength plus MSM products are flagrant and slavish copies of the Cosequin Packaging Design.

177. The designs of the packaging for Defendants' counterfeit PROVIABLE-DC products are flagrant and slavish copies of the Proviable Packaging Design.

178. The fact that Defendants are producing, manufacturing, supplying, selling, offering for sale, advertising, and/or distributing counterfeit products using such flagrant and slavish copies of the Packaging Designs indicates that Defendants had access to, and were highly familiar with, the Packaging Designs.

179. Without Nutramax's knowledge, authorization, or consent, Defendants copied the Packaging Designs for Defendants' counterfeit COSAMIN DS, COSEQUIN Maximum Strength

plus MSM, and PROVIABLE-DC packaging, which are substantially similar to the Packaging Designs in virtually every possible way.

180. Defendants' unauthorized copying and distribution of the Packaging Designs constitutes copyright infringement in violation of the Copyright Act, 17 U.S.C. § 501.

181. Defendants' infringement of the Packaging Designs was done knowingly, willfully, deliberately, and with reckless disregard for Nutramax's rights.

182. As a direct and proximate result of Defendants' copyright infringement, Nutramax has been damaged and Defendants have been unjustly enriched.

183. As a direct and proximate result of Defendants' copyright infringement, Nutramax has suffered actual and irreparable injury for which no adequate remedy exists at law, and will continue to suffer irreparable harm unless this Court enters injunctive relief.

184. Nutramax is entitled to a temporary, preliminary, and permanent injunction against Defendants prohibiting them from distributing, copying, reproducing, duplicating, revising, altering or otherwise using the Packaging Designs and any materials or information related thereto.

185. Nutramax is entitled, pursuant to 17 U.S.C. § 503, to an order for the impoundment of Defendants' counterfeit COSAMIN DS, COSEQUIN Maximum Strength plus MSM, and PROVIABLE-DC packages.

186. Nutramax is further entitled to (1) its actual damages and any of Defendants' profits not taken into account in computing those damages; (2) the costs of the action; and (3) reasonable attorneys' fees. As an alternative to (1), Nutramax may elect to receive statutory damages in an amount set by the Court of up to $150,000 per work infringed for the willful infringement of the Packaging Designs.

## JURY TRIAL

Nutramax hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, by virtue of Defendants' unlawful conduct as alleged in Counts I through V of this Second Amended Complaint, Nutramax respectfully prays that:

1. The Court enter judgment that the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, and the other Nutramax Marks are valid and enforceable; that Nutramax owns the Nutramax Marks; that Defendants have infringed the marks and engaged in the sale of counterfeit products in violation of 15 U.S.C. § 1114; that Defendants have used false designations of origin and engaged in unfair competition in their advertising, promotion and sale of counterfeit products in violation of 15 U.S.C. § 1125(a); that Defendants have infringed the marks in violation of Texas common law; that Defendants have engaged in unfair competition in violation of Texas common law; and that the Defendants have infringed the copyrights in the Packaging Designs in violation of 17 U.S.C. § 501;

2. The Defendants, their affiliates, officers, agents, servants, employees, attorneys, representatives, and all persons acting for, with, by, through, under, or in active concert with them, be preliminarily and permanently enjoined and restrained from:

(a) using the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, or other Nutramax Marks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine COSAMIN, COSEQUIN, PROVIABLE, or NUTRAMAX LABORATORIES product, or is not

authorized by Nutramax to be sold in connection with the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, or other Nutramax Marks;

(b) passing off, inducing, or enabling others to sell or pass off any product as a genuine COSAMIN, COSEQUIN, PROVIABLE, or NUTRAMAX LABORATORIES product or any other product produced by Nutramax that is not Nutramax's product or not produced under the authorization, control, or supervision of Nutramax and approved by Nutramax for sale under the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, or other Nutramax Marks;

(c) shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Nutramax, nor authorized by Nutramax to be sold or offered for sale, and which bear the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, or other Nutramax Marks or any reproductions, counterfeit copies, or colorable imitations thereof;

(d) reproducing, creating derivative works from, distributing, or displaying the Packaging Designs in any manner; and

(e) otherwise competing unfairly with Nutramax in any manner;

3. The Court enter an Order that, upon Nutramax's request, Defendants and those in privity with Defendants and those with notice of the injunction, including any online retailers (including eBay), social media platforms, internet search engines, and email service providers for the Defendants, shall:

(a) disable and cease providing services for any accounts through which Defendants engage in the distribution, advertising, promotion, or sale of counterfeit COSAMIN,

COSEQUIN, PROVIABLE, or NUTRAMAX LABORATORIES products using any of the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, or other Nutramax Marks;

(b) disable and cease displaying any advertisements used by or associated with Defendants in connection with the advertising, promotion or sale of counterfeit COSAMIN, COSEQUIN, PROVIABLE, or NUTRAMAX LABORATORIES products using the COSAMIN, COSEQUIN, PROVIABLE, NUTRAMAX LABORATORIES, or other Nutramax Marks;

(c) disable any financial accounts they control associated with the Defendants and deposit any funds in the accounts into the registry of the Court; and

(d) sequester and quarantine any counterfeit products and, at Nutramax's request, either deliver those products to Nutramax or certify their destruction;

4. Any PayPal, banking, or other financial accounts owned or used by any of the Defendants be disabled and any funds in the accounts deposited into the registry of the Court;

5. The Defendants be ordered to pay to Nutramax an amount equivalent to three times Nutramax's actual damages or Defendants' profits (whichever is greater) stemming from use of the Nutramax Marks pursuant to 15 U.S.C. § 1117(b); or, in the alternative, the Defendants be ordered to pay Nutramax statutory damages in the amount of $2,000,000 per Nutramax Mark used by the Defendants per type of good sold pursuant to 15 U.S.C. § 1117(c)(2);

6. The Defendants be ordered to pay Nutramax an amount equivalent to Nutramax's actual damages and Defendants' profits stemming from Defendants' copying of the Packaging Designs; or, in the alternative, the Defendants be ordered to pay Nutramax statutory damages in

the amount of $150,000 per work infringed for the willful infringement of the federally registered Packaging Designs pursuant to 17 U.S.C. § 504;

7. The Defendants be ordered to pay Nutramax its costs and reasonable attorneys' fees incurred in connection with its copyright claim pursuant to 17 U.S.C. § 505;

8. The Defendants be ordered to pay Nutramax exemplary damages on Nutramax's common law trademark infringement and unfair competition claims pursuant to Tex. Civ. Prac. & Rem. Code § 41.003;

9. This case be deemed an exceptional case and Nutramax be awarded recovery from Defendants of its costs and reasonable attorneys' fees incurred in connection with its Lanham Act claims pursuant to 15 U.S.C. § 1117;

10. Nutramax be granted such other, different, and additional relief as the Court deems just and proper;

11. The Defendants, within fourteen (14) days after service of judgment upon them, be ordered to file with the Court and serve upon Nutramax a written report under oath setting forth in detail the manner and form in which Defendants have complied with the requirements of the judgment.

Respectfully submitted, this __ day of _______, 2026.

By: */s/ Uly S. Gunn*

Brady Cox
brady.cox@alston.com
Texas Bar No. 24074084
**ALSTON & BIRD LLP**
2200 Ross Avenue
Suite 2300
Dallas, Texas 75201
Tel: (214) 922-3400
Fax: (214) 922-3899

Uly S. Gunn (admitted PHV)
*sam.gunn@alston.com*
Georgia Bar No. 261871
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000

Of counsel (*pro hac applications pending or to be submitted):*
Jason D. Rosenberg
*jason.rosenberg@alston.com*
Georgia Bar No. 510855
Mary Grace Gallagher
*marygrace.gallagher@alston.com*
Georgia Bar No. 121954
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000

*Attorneys for Plaintiffs Nutramax Laboratories, Inc., Nutramax Laboratories Veterinary Sciences, Inc., and Nutramax Laboratories Consumer Care, Inc.*